# EXHIBIT A

 # Illinois Department of Insurance

**BRUCE RAUNER**
Governor

**JENNIFER HAMMER**
Director

December 12, 2017

Arch Insurance Company
Harborside 3
210 Hudson Street, Suite 300
Jersey City, NJ 07311-1107

**Received**

DEC 1 8 2017

Arch Insurance Group
Legal Department

    Re:    Case #2017L012464

Gentlemen:

Enclosed please find copy of Alias Summons and Complaint received by me as your agent for service of process on December 11, 2017, in my Springfield office in the case of Uptown Service Station, Inc. vs. your company, et al.

Sincerely,

Jennifer Hammer
Director of Insurance

JH:MS:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Summons - Alias Summons                                                             (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

UPTOWN SERVICE STATION, INC.

v.

ARCH INSURANCE COMPANY;

MCNEIL & COMPANY, INC.

No. 2017-L-012464

Defendant Address:

ARCH INSURANCE COMPANY

R/A ILLINOIS DEPARTMENT OF INSURANCE

320 WEST WASHINGTON

SPRINGFIELD, IL 62767

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801        ,Chicago, Illinois 60602

☐ District 2 - Skokie         ☐ District 3 - Rolling Meadows      ☐ District 4 - Maywood

    5600 Old Orchard Rd.         2121 Euclid 1500              Maybrook Ave.

    Skokie, IL 60077             Rolling Meadows, IL 60008     Maywood, IL 60153

☐ District 5 - Bridgeview       ☐ District 6 - Markham            ☐ Richard J. Daley Center

    10220 S. 76th Ave.           16501 S. Kedzie Pkwy.        50 W. Washington, LL-01

    Bridgeview, IL 60455         Markham, IL 60428          Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 41154

Name: CHILDRESS DUFFY GOLDBLATT

Atty. for: UPTOWN SERVICE STATION, INC.

Address: 500 N DEARBORN 1200

City/State/Zip Code: CHICAGO, IL 60654

Telephone: (312) 494-0200

Primary Email Address: dloucks@childresslawyers.com

Secondary Email Address(es):

service@childresslawyers.com

Witness:          Thursday, 07 December 2017

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**Page 1 of 1**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
CALENDAR: U
PAGE 1 of 7
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| UPTOWN SERVICE STATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| ARCH INSURANCE COMPANY, and | ) |
| MCNEIL & COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Uptown Service Station, Inc. ("Plaintiff"), by its attorneys, Childress Loucks and

Plunkett, Ltd., for its Complaint against Defendants, Arch Insurance Company ("Arch"), and

McNeil & Company Inc. ("McNeil"), states as follows:

### COUNT I
### (Breach of Contract Against Arch)

1.     At all times material herein, Plaintiff was and is a corporation organized and

existing pursuant to the laws of the State of Illinois and owns and/or has an insurable interest in

the building and personal property located at 4900 North Broadway, in Chicago, Illinois

(hereinafter referred to as the "Covered Property") and the business in operation there.

2.     At all times material herein, Defendant Arch Insurance Company was a Missouri

corporation authorized to do business in the State of Illinois and is engaged in the business of

issuing property insurance policies.

3.     Arch issued to Plaintiff a Commercial Property Insurance Policy for the Covered

Property, number MCPK08184103, effective from or about February 21, 2016, to February 21,

2017 (hereinafter referred to as the "Policy"). (Attached hereto as Exhibit 1 is a copy of the subject

Policy.)

4.     Pursuant to the terms of the Policy, Arch agreed to pay for direct physical loss or damage to Covered Property caused by or resulting from any Covered Cause of Loss, as well as loss of Business Income sustained due to the necessary suspension of operations during the period of restoration resulting from the Loss.

5.     On or about March 27, 2016, while the Policy was in full effect, the Covered Property suffered direct physical loss or damage caused by or resulting from a covered cause of loss and a loss of Business Income due to the necessary suspension of operations during the period of restoration resulting from the Loss.

6.     Plaintiff duly submitted a claim to Arch under the Policy for the loss and damage to the Covered Property and loss of Business Income.

7.     Arch agreed that the claim for loss and damage to the Covered Property and loss of Business Income was covered under the Policy but has partially denied policy benefits claimed by Plaintiff.  (A copy of the October 30, 2017, claim decision letter is attached as Exhibit 2.)

8.     Plaintiff has substantially performed all conditions required by the Policy to be performed by it, including giving Arch notice of the loss, cooperating with Arch's investigation, and timely filing suit against Arch.

9.     As a result, it is Arch's duty to pay Plaintiff for all the losses and damages sustained to the Covered Property and Plaintiff's loss of Business Income.

10.     Though requested to do so, to date Arch has failed, refused and continues to fail and refuse to pay Plaintiff for the full amount of covered loss and damage.

11.     This breach of the insurance contract was and is the direct proximate cause of loss to Plaintiff in an amount in excess of $75,000.00.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 2 of 7

2

12.     This is an action based on a "written instrument"; within the meaning of the Illinois Insurance Act and, therefore, Plaintiff is entitled to prejudgment interest.

WHEREFORE, Plaintiff, Uptown Service Station, Inc., respectfully prays for judgment in its favor and against Defendant, Arch Insurance Company, for damage resulting from Arch's breach of the Policy, plus prejudgment interest and costs.

<div align="center">

**COUNT II**
**(Section 155 Relief Against Arch)**

</div>

13.     Plaintiff realleges paragraphs 1 through 12 of Count I of the Complaint.

14.     At the time of the loss, Arch's internal claims policies, practices, and procedures included compliance with the regulations promulgated by the Illinois Director of Insurance within Part 919 of the Illinois Administrative Code as well as compliance with section 154.5, 154.6, and 155 of the Illinois Insurance Code.

15.     Plaintiff is entitled to an award of taxable costs under §155 by virtue of Arch engaging in the following vexatious and unreasonable conduct:

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 3 of 7

(a)     failing to pay Plaintiff amounts due under the Policy within 40 days of the loss which constitutes an unreasonable delay in paying the claim as a matter of law, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.80(d)(7)(A) of Part 919 of the Illinois Administrative Code;

(b)     failing to advise Plaintiff in writing within 75 days from the date the loss was reported the reason for the delay in not resolving its claim, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.80(d)(7)(B) of Part 919 of the Illinois Administrative Code;

(c)     failing to provide Plaintiff with a reasonable written explanation of the delay in resolving the claim in violation of the regulations promulgated by the Illinois Director of Insurance within section 919 of Part 919 of the Illinois Administrative Code;

(d)     not attempting in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim, a claim in which liability was reasonable clear, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.50 of Part 919 of the Illinois Administrative Code;

3

(e)     without proper cause, wrongfully and knowingly refusing to reimburse Plaintiff for all of its losses and damages;

(f)     failing to acknowledge with reasonable promptness pertinent communications with respect to Plaintiff's claim, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.40 of Part 919 of the Illinois Administrative Code; and/or

(g)     forcing Plaintiff to retain legal counsel to investigate its claim and pursue, through this lawsuit, to recover the benefits that should have been forthcoming under the Policy.

WHEREFORE, Plaintiff, Uptown Service Station, Inc., respectfully prays for an award of taxable costs, including statutory damages, reasonable attorney fees, and costs in its favor and against Defendant, Arch Insurance Company.

## COUNT III
### (Breach of Contract Against McNeil)

16.     At all times material herein, Plaintiff was and is a corporation organized and existing pursuant to the laws of the State of Illinois and owns and/or has an insurable interest in the building and personal property located at 4900 North Broadway, in Chicago, Illinois (hereinafter referred to as the "Covered Property") and the business in operation there.

17.     At all times material herein, McNeil & Company, Inc. was a New York corporation authorized to do business in the State of Illinois and is engaged in the business of issuing property insurance policies.

18.     McNeil issued to Plaintiff a Commercial Property Insurance Policy for the Covered Property, number MCPK08184103, effective from or about February 21, 2016, to February 21, 2017 (hereinafter referred to as the "Policy"). (Attached hereto as Exhibit 1 is a copy of the subject Policy.)

19.     Pursuant to the terms of the Policy, McNeil agreed to pay for direct physical loss or damage to Covered Property caused by or resulting from any Covered Cause of Loss, as well

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 4 of 7

4

as loss of Business Income sustained due to the necessary suspension of operations during the period of restoration resulting from the Loss.

20.     On or about March 27, 2016, while the Policy was in full effect, the Covered Property suffered direct physical loss or damage caused by or resulting from a covered cause of loss and a loss of Business Income due to the necessary suspension of operations during the period of restoration resulting from the Loss.

21.     Plaintiff duly submitted a claim to McNeil under the Policy for the loss and damage to the Covered Property and loss of Business Income.

22.     McNeil agreed that the claim for loss and damage to the Covered Property and loss of Business Income was covered under the Policy but has partially denied policy benefits claimed by Plaintiff.  (A copy of the October 30, 2017, claim decision letter is attached as Exhibit 2.)

23.     Plaintiff has substantially performed all conditions required by the Policy to be performed by it, including giving McNeil notice of the loss, cooperating with McNeil's investigation, and timely filing suit against McNeil.

24.     As a result, it is McNeil's duty to pay Plaintiff for all the losses and damages sustained to the Covered Property and Plaintiff's loss of Business Income.

25.     Though requested to do so, to date McNeil has failed, refused and continues to fail and refuse to pay Plaintiff for the full amount of covered loss and damage.

26.     This breach of the insurance contract was and is the direct proximate cause of loss to Plaintiff in an amount in excess of $75,000.00.

27.     This is an action based on a "written instrument"; within the meaning of the Illinois Insurance Act and, therefore, Plaintiff is entitled to prejudgment interest.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 5 of 7

5

WHEREFORE, Plaintiff, Uptown Service Station, Inc., respectfully prays for judgment in its favor and against Defendant, McNeil & Company, Inc., for damage resulting from McNeil's breach of the Policy, plus prejudgment interest and costs.

<div align="center">

**COUNT IV**
**(Section 155 Relief against McNeil)**

</div>

28.     Plaintiff realleges paragraphs 16 through 27 of Count III of the Complaint.

29.     At the time of the loss, McNeil's internal claims policies, practices, and procedures included compliance with the regulations promulgated by the Illinois Director of Insurance within Part 919 of the Illinois Administrative Code as well as compliance with section 154.5, 154.6, and 155 of the Illinois Insurance Code.

30.     Plaintiff is entitled to an award of taxable costs under §155 by virtue of McNeil engaging in the following vexatious and unreasonable conduct:

(a)     failing to pay Plaintiff amounts due under the Policy within 40 days of the loss which constitutes an unreasonable delay in paying the claim as a matter of law, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.80(d)(7)(A) of Part 919 of the Illinois Administrative Code;

(b)     failing to advise Plaintiff in writing within 75 days from the date the loss was reported the reason for the delay in not resolving its claim, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.80(d)(7)(B) of Part 919 of the Illinois Administrative Code;

(c)     failing to provide Plaintiff with a reasonable written explanation of the delay in resolving the claim in violation of the regulations promulgated by the Illinois Director of Insurance within section 919 of Part 919 of the Illinois Administrative Code;

(d)     not attempting in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim, a claim in which liability was reasonable clear, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.50 of Part 919 of the Illinois Administrative Code;

(e)     without proper cause, wrongfully and knowingly refusing to reimburse Plaintiff for all of its losses and damages;

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 6 of 7

<div align="center">6</div>

(f)     failing   to   acknowledge   with   reasonable   promptness   pertinent communications with respect to Plaintiff's claim, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.40 of Part 919 of the Illinois Administrative Code; and/or

(g)     forcing Plaintiff to retain legal counsel to investigate its claim and pursue, through this lawsuit, to recover the benefits that should have been forthcoming under the Policy.

WHEREFORE, Plaintiff, Uptown Service Station, Inc., respectfully prays for an award of taxable costs, including statutory damages, reasonable attorney fees, and costs in its favor and against Defendant, McNeil & Company, Inc.

Dated: December 7, 2017

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 7 of 7

Respectfully submitted,

By:

Andrew M. Plunkett
*Attorney for Plaintiff*
CHILDRESS LOUCKS AND PLUNKETT, LTD.
11 West Illinois Street, Fourth Floor
Chicago, Illinois 60654
Tel: (312) 494-0200
Fax: (312) 494-0202
service@childresslawyers.com

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
CALENDAR: U
PAGE 1 of 168
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN



# Arch
## Insurance Group®

### Signature Page

IN WITNESS WHEREOF, Arch Insurance Company has caused this policy to be executed and attested.

_____
John Mentz
President

_____
Petrick K. Nails
Secretary

**EXHIBIT 1**

Arch Insurance Company

COMMERCIAL PROPERTY
CP DS 00 10 00

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

POLICY NO. MCPK08184103    EFFECTIVE DATE 02/21/2016    "X" If Supplemental
Declarations Is Attached

NAMED INSURED Uptown Service Station, Inc.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 2 of 168

## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|
| 1 | 1 | 4900 North Broadway  Chicago IL 60640 |

Construction: Joisted Masonry          Occupancy: Service Station

## COVERAGES PROVIDED

Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 1 | 1 | Building | 939,775 | Special Incl. Theft | 90% | |
| 1 | 1 | Personal Property | 253,200 | Special Incl. Theft | 90% | |

## OPTIONAL COVERAGES

*If Extra Expense Coverage, Limits On Loss Payment Applicable Only When Entries Are Made In The Schedule Below

| Prem. No. | Bldg. No. | | Agreed Value | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|---|
| | | Expiration Date | Cov. | Amount | Building | Pers. Prop. | Including "Stock" | |
| 1 | 1 | 02/21/2017 | Building | 939,775 | | | | |
| 1 | 1 | 02/21/2017 | Personal Property | 253,200 | X | X | | |

| Inflation Guard (%) | | *Monthly Limit Of | Maximum Period | *Extended Period |
|---|---|---|---|---|
| Bldg. | Pers. Prop. | Indemnity (Fraction) | Of Indemnity (X) | Of Indemnity (Days) |

*Applies to Business Income Only

## MORTGAGEHOLDERS

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|
| See GU207 Mortgageholder Schedule | | |

## DEDUCTIBLE

$500. Exceptions: Building: $2500    Personal Property: $2500

## FORMS APPLICABLE

To All Coverages:

To Specific Premises/Coverages:

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| See form GU-207 6/78 | | | |

CP DS 00 10 00          Copyright, Insurance Services Office, Inc., 1999          Page 1 of 1

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on        02/21/2016        at 12:01 A.M. standard time, forms a part of

Policy No.MCPK08184103        of the        Arch Insurance Company
                                                    (NAME OF INSURANCE COMPANY)

issued to Uptown Service Station, Inc.

By McNeil & Company, Inc.

_____
Authorized Representative

| LOC NUM | BLDG NUM | MORTGAGE HOLDERS |
|---------|----------|------------------|
| 1 | 1 | Lakeside Bank ISAOA ; 1055 West Roosevelt Road Chicago, IL 60608 |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 3 of 168

GU 207 (6-78)

POLICY NUMBER: MCPK08184103

**COMMERCIAL GENERAL LIABILITY**
**CG DS 01 10 01**

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Arch Insurance Company**<br>3100 Broadway, Suite 511<br>Kansas City, MO 64111<br>Phone: 800-821-5546 | **McNeil & Company, Inc.**<br>P.O. Box 5670<br>20 Church Street<br>Cortland, NY 13045 |

NAMED INSURED: Uptown Service Station, Inc.
MAILING ADDRESS: 4900 North Broadway
Chicago, IL 60640
POLICY PERIOD: FROM _____02/21/2016_____ TO _____02/21/2017_____ AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 4 of 168

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $300,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $10,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $3,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $3,000,000 |

**RETROACTIVE DATE (CG 00 02 ONLY)**

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.
RETROACTIVE DATE: None
(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

**DESCRIPTION OF BUSINESS**

FORM OF BUSINESS:

☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE    ☐ TRUST

☐ LIMITED LIABILITY COMPANY    ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT IN-CLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

BUSINESS DESCRIPTION: Full Service Car Wash with Gasoline and Convenience Store Operations

CG DS 01 10 01          © ISO Properties, Inc., 2000          Page 1 of 2

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| See CG DS01 - Supp - Classification Schedule | |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 5 of 168

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| See CG DS01 - Supp - Classification Schedule | | | | | | | |

|  |  |
|---|---|
| | STATE TAX OR OTHER (if applicable)   $ PER ILDS00 |
| | TOTAL PREMIUM (SUBJECT TO AU-DIT)   $ |
| PREMIUM SHOWN IS PAYABLE: | AT INCEPTION   Incl |
| | AT EACH ANNIVERSARY   $ |
| | (IF POLICY PERIOD IS MORE THAN ONE YEAR AND PRE-MIUM IS PAID IN ANNUAL INSTALLMENTS) |

| AUDIT PERIOD (IF APPLICABLE) | ☐ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |
|---|---|---|---|---|

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY:    REFER TO GU207 (06/78) |
|  |
|  |
|  |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: 02/18/2016 | By: |
|---|---|
| (Date) | (Authorized Representative)   McNeil & Company, Inc. |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSE-WHERE AT THE COMPANY'S OPTION.

POLICY NUMBER: MCPK08184103

# COMMERCIAL GENERAL LIABILITY
# SUPPLEMENTAL DECLARATIONS

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 6 of 168

## LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

4900 North Broadway, Chicago, IL 60640

## CLASSIFICATION AND PREMIUM

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Gasoline Stations – self-service [Includes Products and Completed Ops] | 13454 | T | Incl | Incl | Incl | Incl |
| Car Washes – other than self-service [Includes Products and Completed Ops] | 10367 | S | Incl | Incl | Incl | Incl |
| Grocery Stores [Includes Products and Completed Ops] | 13673 | S | Incl | Incl | Incl | Incl |

**Total Advance Premium** Incl

CG DS 01 Supplemental 01 03

POLICY NUMBER:  MCPK08184103

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM   or   | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $1,000 |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 7 of 168

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

   1. PER CLAIM BASIS. If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

     a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

     b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

     c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

       (1) "Bodily injury";

       (2) "Property damage"; or

       (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

CG 03 00 01 96        Copyright, Insurance Services Office, Inc., 1994        Page 1 of 2

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

  **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

  **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

  **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

  **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

  **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 8 of 168

Copyright, Insurance Services Office, Inc., 1994

CG 03 00 01 96

## THE ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY
## ASBESTOS EXCLUSION

This policy does not apply to:

Any claim, "suit," demand or loss that alleges "bodily injury," "property damage," or "personal and advertising injury'" (including but not limited to, compliance with any request, demand, order, or statutory or regulatory requirement or any other action authorized or required by law) including any costs, fees, expenses, penalties, judgments, fines, or sanctions arising there from, which arises out of, or would not have occurred, in whole or in part, but for the "asbestos hazard."

As used in this exclusion, "asbestos hazard" means:

(1)     actual, alleged or threatened exposure to asbestos in any manner or form whatsoever, either directly or indirectly, or

(2)     the failure to warn, advise or instruct related to asbestos in any manner or form whatsoever, or

(3)     the failure to prevent exposure to asbestos in any manner or form whatsoever, or

(4)     the presence of asbestos in any place whatsoever, whether or not within a building or structure.

    All other terms and conditions of this Policy remain unchanged.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 9 of 168

Endorsement Number:
This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)
Policy Number: MCPK08184103
Named Insured: Uptown Service Station, Inc.
Endorsement Effective Date: 02/21/2016

00 GL0045 00 12 03                                                                          Page 1 of 1

POLICY NUMBER: MCPK08184103                  **COMMERCIAL AUTO**
                                                              **CA DS 03 10 13**

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| |
|---|
| **Company Name:**<br>Arch Insurance Company |
| **Producer Name:**<br>McNeil & Company, Inc. |
| **Named Insured:**<br>Uptown Service Station, Inc. |
| **Mailing Address:**<br>4900 North Broadway<br>Chicago, IL 60640 |
| <div align="center">**Policy Period**</div> |
| **From:** 02/21/2016 |
| **To:**      02/21/2017                At 12:01 AM Standard Time at your mailing address shown above |
| **Previous Policy Number:** MCPK08184102 |

**Form Of Business:**

[x] Corporation         [ ] Limited Liability Company        [ ] Individual
[ ] Partnership          [ ] Other:

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Premium Shown Is Payable At Inception:**    $ Incl.
**Audit Period (if applicable):**    [ ] Annually    [ ] Semiannually    [ ] Quarterly    [ ] Monthly

| <div align="center">**Endorsements Attached To This Policy**</div> |
|---|
| IL 00 17 – Common Policy Conditions (**IL 01 46** in Washington)<br>IL 00 21 – Broad Form Nuclear Exclusion (not applicable in New York) (**IL 01 98** in Washington) |
| SEE ATTACHED GU207 ENDORSEMENT SCHEDULE |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 10 of 168

| Countersignature Of Authorized Representative | |
|---|---|
| **Name:** | Daniel F. McNeil III |
| **Title:** | President, McNeil & Company, Inc. |
| **Signature:** | |
| **Date:** | 02/18/2016 |

**Note**

Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 11 of 168

© Insurance Services Office, Inc., 2011       CA DS 03 10 13

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 12 of 168

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Covered Autos Liability** | 8,9 | $ 1,000,000 | $ Incl |
| **Personal Injury Protection (Or Equivalent No-fault Coverage)** | | **Separately Stated In Each Personal Injury Protection Endorsement Minus** $ **Deductible** | $ |
| **Added Personal Injury Protection (Or Equivalent Added No-fault Coverage)** | | **Separately Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | | **Separately Stated In The Property Protection Insurance Endorsement Minus** $ **Deductible** **For Each Accident** | $ |
| **Auto Medical Payments** | | $ **Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | | **Separately Stated In The Medical Expense And Income Loss Benefits Endorsement** | $ |
| **Uninsured Motorists** | | $ | $ |
| **Underinsured Motorists (When Not Included In Uninsured Motorists Coverage)** | | $ | $ |

**ITEM TWO**
**Schedule Of Coverages And Covered Autos (Cont'd)**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 13 of 168

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Physical Damage Comprehensive Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$          Deductible<br>For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Specified Causes Of Loss Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$          Deductible<br>For Each Covered Auto For Loss Caused By Mischief Or Vandalism<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Collision Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$          Deductible<br>For Each Covered Auto<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Towing And Labor | | $          For Each<br>Disablement Of A Private Passenger Auto | $ |
| | | | $ |
| | | Premium For Endorsements | $ Incl. |
| | | Estimated Total Premium* | $ Incl. |
| *This policy may be subject to final audit. | | | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: SEE ATTACHED CADS03 SUPP |
|---|

Town And State Where The Covered Auto Will Be Principally Garaged:

| Covered Auto Description | | |
|---|---|---|
| Year: | Model: | Trade Name: |
| Body Type: | | Serial Number(s): |
| Vehicle Identification Number (VIN): | | |

| Classification | | | | | | |
|---|---|---|---|---|---|---|
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| $ | | | | | | |

Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 14 of 168

**ITEM THREE**
Schedule Of Covered Autos You Own (Cont'd)     SEE ATTACHED CADS03 SUPP

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 15 of 168

| Coverages – Premiums, Limits And Deductibles (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
|---|---|---|
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus** <br> $                                   **Deductible** | $ |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus** <br> $                                   **Deductible** | $ |
| **Auto Medical Payments** | $                                   **Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | $ |
| **Comprehensive** | **Stated In Item Two Minus** <br> $                                   **Deductible** | $ |
| **Specified Causes Of Loss** | **Stated In Item Two Minus** <br> $                                   **Deductible** | $ |
| **Collision** | **Stated In Item Two Minus** <br> $                                   **Deductible** | $ |
| **Towing And Labor** | $                     **Per Disablement** | $ |

© Insurance Services Office, Inc., 2011     CA DS 03 10 13

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**   SEE ATTACHED CADS03 SUPP

| Covered Auto Number: |
|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: |
|---|

| Covered Auto Description | | |
|---|---|---|
| Year: | Model: | Trade Name: |
| Body Type: | | Serial Number(s): |
| Vehicle Identification Number (VIN): | | |

| Classification | | | | | | |
|---|---|---|---|---|---|---|
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| $ | | | | | | |

| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 16 of 168

CA DS 03 10 13                © Insurance Services Office, Inc., 2011                **Page 7 of 18**

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**  SEE ATTACHED CADS03 SUPP

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 17 of 168

| Coverages – Premiums, Limits And Deductibles<br>(Absence of a deductible or limit entry in any column below means that the limit or deductible entry<br>in the corresponding Item Two column applies instead.) | | |
|---|---|---|
| Coverages | Limit | Premium |
| Covered Autos Liability | $ | $ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus<br>$                                        Deductible | $ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>$                                        Deductible | $ |
| Auto Medical Payments | $<br>                                        Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus<br>$                                        Deductible | $ |
| Specified Causes Of Loss | Stated In Item Two Minus<br>$                                        Deductible | $ |
| Collision | Stated In Item Two Minus<br>$                                        Deductible | $ |
| Towing And Labor | $                                        Per Disablement | $ |

© Insurance Services Office, Inc., 2011                    CA DS 03 10 13

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)** SEE ATTACHED CADS03 SUPP

| Covered Auto Number: | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | | | | | | |
| **Covered Auto Description** | | | | | | | |
| **Year:** | **Model:** | | | **Trade Name:** | | | |
| **Body Type:** | | | | **Serial Number(s):** | | | |
| **Vehicle Identification Number (VIN):** | | | | | | | |
| **Classification** | | | | | | | |
| **Original Cost New** | **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | | **Secondary Rating Classification** | **Code** |
| $ | | | | | | | |
| **Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:** | | | | | | | |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 18 of 168

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**    SEE ATTACHED CADS03 SUPP

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 19 of 168

| Coverages – Premiums, Limits And Deductibles |||
| :---: | :---: | :---: |
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) |||
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus** <br> $                          **Deductible** | $ |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus** <br> $                          **Deductible** | $ |
| **Auto Medical Payments** | $                          **Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | $ |
| **Comprehensive** | **Stated In Item Two Minus** <br> $                          **Deductible** | $ |
| **Specified Causes Of Loss** | **Stated In Item Two Minus** <br> $                          **Deductible** | $ |
| **Collision** | **Stated In Item Two Minus** <br> $                          **Deductible** | $ |
| **Towing And Labor** | $                          **Per Disablement** | $ |

| Total Premiums ||
| :--- | :--- |
| **Covered Autos Liability** | $ |
| **Personal Injury Protection** | $ |
| **Added Personal Injury Protection** | $ |
| **Property Protection Insurance (Michigan Only)** | $ |
| **Auto Medical Payments** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | $ |
| **Comprehensive** | $ |
| **Specified Causes Of Loss** | $ |
| **Collision** | $ |
| **Towing And Labor** | $ |

## ITEM FOUR
**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 20 of 168

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| **Covered Autos Liability Coverage** | **Estimated Annual Cost Of Hire For All States** | **Premium** |
| Primary Coverage | $ | $ |
| Excess Coverage | $ | $ |
| | **Total Hired Auto Premium** $ | |

For "autos" used in your motor carrier operations, cost of hire means:
1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,
2. The total remunerations of all operators and drivers' helpers, of hired automobiles, whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and
3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| Primary Coverage | IL | $If any | $Incl. |
| Excess Coverage | | $ | $ |
| | | **Total Hired Auto Premium** $Incl. | |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

CA DS 03 10 13 © Insurance Services Office, Inc., 2011 Page 11 of 18

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 21 of 168

| Physical Damage Coverages — Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ 0 | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto | $ 0 | $ |
| | | | Total Hired Auto Premium | $ |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

© Insurance Services Office, Inc., 2011      CA DS 03 10 13

**ITEM FOUR**

Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums 'Cont'd)

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | $ | $ | $ | $ |
| Covered Autos Liability – Excess Coverage | | $ | $ | $ | $ |
| Personal Injury Protection | | $ | $ | $ | $ |
| Medical Expense Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Income Loss Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Auto Medical Payments | | $ | $ | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 22 of 168

**ITEM FOUR**
Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 23 of 168

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ | $ | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto | $ | $ | $ | $ |
| | | Total Hired Auto Premiums | $ | | $ | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

© Insurance Services Office, Inc., 2011  CA DS 03 10 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums ‘Cont'd)**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 24 of 168

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| Coverage | Town And State Where The Job Site Is Located | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | $ | $ |
| Covered Autos Liability – Excess Coverage | | | | $ | $ |
| Personal Injury Protection | | | | $ | $ |
| Medical Expense Benefits (Virginia Only) | | | | $ | $ |
| Income Loss Benefits (Virginia Only) | | | | $ | $ |
| Auto Medical Payments | | | | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |

**ITEM FIVE**

**Schedule For Non-ownership Covered Autos Liability**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | 6 | $ Incl. |
| | Number Of Partners (Active And Inactive) | | $ |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Social Service Agencies | Number Of Employees | | $ |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Total Non-ownership Covered Autos Liability Premium | | | $ Incl. |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis**

| Address Of Business Headquarters Location: | | |
|---|---|---|
| Type Of Risk (Check one): ☐ Public Autos | ☐ Leasing Or Rental Concerns | |
| Rating Basis (Check one): ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) | |
| Estimated Yearly (Gross Receipts Or Mileage): | | |
| Premiums | | |
| Covered Autos Liability | $ | |
| Personal Injury Protection | $ | |
| Added Personal Injury Protection | $ | |
| Property Protection Insurance (Michigan Only) | $ | |
| Auto Medical Payments | $ | |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ | |
| Comprehensive | $ | |
| Specified Causes Of Loss | $ | |
| Collision | $ | |
| Towing And Labor | $ | |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 25 of 168

© Insurance Services Office, Inc., 2011  CA DS 03 10 13

**ITEM SIX**
Schedule For Gross Receipts Or Mileage Basis (Cont'd)

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 26 of 168

| Address Of Business Headquarters Location: | |
| --- | --- |
| Type Of Risk (Check one): ☐ Public Autos | ☐ Leasing Or Rental Concerns |
| Rating Basis (Check one): ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |
| Estimated Yearly (Gross Receipts Or Mileage): | |
| Premiums | |
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

| Address Of Business Headquarters Location: | |
| --- | --- |
| Type Of Risk (Check one): ☐ Public Autos | ☐ Leasing Or Rental Concerns |
| Rating Basis (Check one): ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |
| Estimated Yearly (Gross Receipts Or Mileage): | |
| Premiums | |
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**ITEM SIX**
**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 27 of 168

MK

© Insurance Services Office, Inc., 2011    CA DS 03 10 13

POLICY NUMBER: MCPK08184103

IL DS 00 09 08

# COMMON POLICY DECLARATIONS

| | |
|---|---|
| Arch Insurance Company<br>3100 Broadway, Suite 511<br>Kansas City, MO 64111<br>Phone: 800-821-5546 | McNeil & Company Inc.<br>PO Box 5670<br>20 Church Street<br>Cortland, NY 13045 |

NAMED INSURED:   Uptown Service Station, Inc.

MAILING ADDRESS:   4900 North Broadway

   Chicago, IL 60640

POLICY PERIOD:  FROM  02/21/2016    TO  02/21/2017    AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

| BUSINESS DESCRIPTION | Full Service Car Wash with Gasoline and Convenience Store Operations |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | PREMIUM | |
|---|---|---|
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ | |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ | Incl. |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ | Incl. |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ | |
| COMMERCIAL LIABILITY UMBRELLA | $ | |
| COMMERCIAL PROPERTY COVERAGE PART | $ | Incl. |
| CRIME AND FIDELITY COVERAGE PART | $ | |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ | |
| EQUIPMENT BREAKDOWN COVERAGE PART | $ | |
| FARM COVERAGE PART | $ | |
| LIQUOR LIABILITY COVERAGE PART | $ | |
| MEDICAL PROFESSIONAL LIABILITY COVERAGE PART | $ | |
| POLLUTION LIABILITY COVERAGE PART | $ | |
| | $ | |
| TOTAL: $ | | 6,585 |

Premium shown is payable:  $_____ at inception.  $_____

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 28 of 168

| | | |
|---|---|---|
| Commercial Property | TRIA | $191.00 |
| General Liability | TRIA | $191.00 |

**FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):**

See GU 207

| Countersigned: | 02/18/2016 | By: | |
|---|---|---|---|
| | **(Date)** | | **(Authorized Representative)** |

McNeil & Company, Inc.

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSE-WHERE AT THE COMPANY'S OPTION.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 29 of 168

MK

© ISO Properties, Inc., 2007

IL DS 00 09 08

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on     02/21/2016     at 12:01 A.M. standard time, forms a part of

Policy No. MCPK08184103     of the     Arch Insurance Company
                                                           (NAME OF INSURANCE COMPANY)

issued to Uptown Service Station, Inc.

By McNeil & Company, Inc.

                                                           Authorized Representative

## ENDORSEMENT SCHEDULE

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 30 of 168

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT THE TIME OF ISSUE:

| NUMBER | EDITION | NAME |
|---|---|---|
| IL DS 00 | 09/08 | Commercial Lines Policy Common Declarations |
| GU207 - FORMS | 06/78 | Endorsement Schedule |
| 05 ML0002 00 | 12/14 | Signature Page |
| IL P 001 | 01/04 | OFAC - U.S. Treasury Department |
| IL0017 | 11/98 | Common Policy Conditions |
| IL0147 | 09/11 | Illinois Changes - Civil Union |
| IL0162 | 10/13 | Illinois Changes Defense Costs |
| IL0021 | 09/08 | Nuclear Energy Liability Exclusion |
| CP-DS-00 | 10/00 | Commercial Property Coverage Part Declarations |
| GU207 - Mortgage | 06/78 | Mortgageholder Schedule |
| CP0010 | 10/12 | Building & Personal Property Coverage Form |
| CP1030 | 10/12 | Causes of Loss - Special Form |
| CP0090 | 07/88 | Commercial Property Conditions |
| PR1501 | 04/13 | Car Wash Property Coverage Extensions |
| PR1505 | 05/12 | Equipment Breakdown |
| CP0030 | 10/12 | Business Income Including Extra Expense |
| CP0140 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| CP0149 | 06/07 | IL Changes - Artificially Generated Electrical Current Exclusion |
| IL0118 | 10/10 | IL Changes |
| IL0284 | 12/05 | Illinois Changes |
| IL0952 | 01/15 | Cap on Losses from Certified Acts of Terrorism |
| CG DS 01 | 10/01 | Commercial General Liability Coverage Part |
| CG DS 01 Supp | 01/03 | GL Extension Schedule |
| CG0001 | 04/13 | Commercial General Liability Coverage Form |
| CG2426 | 04/13 | Amendment of Insured Contract Definition |
| CG0200 | 12/07 | Illinois Changes |
| GL2500 | 05/12 | Coverage Extensions |
| CG0300 | 01/96 | Deductible Liability Insurance |
| CG2167 | 12/04 | Fungi or Bacteria Exclusion |
| CG2196 | 03/05 | Silica or Silica-Related Dust Exclusion |

GU 207 (6-78)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on    02/21/2016    at 12:01 A.M. standard time, forms a part of

Policy No. MCPK08184103     of the     Arch Insurance Company
(NAME OF INSURANCE COMPANY)

issued to Uptown Service Station, Inc.

By McNeil & Company, Inc.

Authorized Representative

## ENDORSEMENT SCHEDULE

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 31 of 168

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT THE TIME OF ISSUE:

| NUMBER | EDITION | NAME |
|---|---|---|
| 00 GL0045 00 | 12/03 | Asbestos Exclusion |
| CG2402 | 12/04 | Binding Arbitration |
| CG2170 | 01/15 | Cap on Losses from Certified Acts of Terrorism |
| CA DS 03 | 10/13 | Business Auto Declarations |
| CA0001 | 10/13 | Business Auto Coverage Form |
| CA0120 | 01/15 | Illinois Changes |
| CA0270 | 10/13 | Illinois Changes |
| AU4401 | 05/12 | Coverage Extensions |
| CA9933 | 10/13 | Employees as Insureds |
| CA2054 | 10/13 | Employee Hired Autos |

GU 207 (6-78)

Page 1 of 1

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on     02/21/2016     at 12:01 A.M. standard time, forms a part of

Policy No. MCUM08236903     of the     Arch Insurance Company
                                                             (NAME OF INSURANCE COMPANY)

issued to Uptown Service Station, Inc.

By McNeil & Company, Inc.

_____
                                           Authorized Representative

## ENDORSEMENT SCHEDULE

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 32 of 168

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT THE TIME OF ISSUE:

| NUMBER | EDITION | NAME |
|---|---|---|
| CX DS 01 | 09/08 | Commercial Excess Liability Declarations |
| GU207 - FORMS | 06/78 | Endorsement Schedule |
| 05 ML0002 00 | 12/14 | Signature Page |
| IL P 001 | 01/04 | OFAC - U.S. Treasury Department |
| IL0147 | 09/11 | Illinois Changes - Civil Union |
| CX0001 | 04/13 | Commercial Excess Liability Coverage |
| CX2101 | 09/08 | Nuclear Energy Liability Exclusion |
| CX0214 | 09/08 | Illinois Changes - Cancellation and Nonrenewal |
| CX0122 | 09/08 | Illinois Changes - Defense Costs |
| CX2130 | 01/15 | Cap on Losses from Certified Acts of Terrorism |

GU 207 (6-78)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 33 of 168

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 34 of 168

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 35 of 168

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987        CP 00 90 07 88



COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. Definitions.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 36 of 168

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2. Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 37 of 168

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

a. Debris Removal

(1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 38 of 168

CP 00 10 10 12 © Insurance Services Office, Inc., 2011 Page 3 of 16

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
|     Basic Amount: | $ 10,500 |
|     Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 39 of 168

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 40 of 168

CP 00 10 10 12 © Insurance Services Office, Inc., 2011 Page 5 of 16

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 41 of 168

© Insurance Services Office, Inc., 2011          CP 00 10 10 12

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 42 of 168

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 43 of 168

© Insurance Services Office, Inc., 2011

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 44 of 168

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

   (a) The trailer is used in your business;

   (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

   (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

   (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

   (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

   (a) Will end 90 days after the business personal property has been placed in the storage unit;

   (b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 45 of 168

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

| | |
|---|---|
| $ 60,100 | |
| –     250 | |
| $ 59,850 Loss Payable – Building 1 | |

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:
$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 46 of 168

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have made.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

F. **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $     250 |
| | The amount of loss is: | $  40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $     250 |
| | The amount of loss is: | $  40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 47 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 48 of 168

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is: $ 100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is: $100,000 x .08 x 146 ÷ 365 = $ 3,200

**3. Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 49 of 168

© Insurance Services Office, Inc., 2011 CP 00 10 10 12

**ARCH INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PROPERTY COVERAGE EXTENSIONS

This endorsement modifies the insurance provided under the following:

**CAUSES OF LOSS – SPECIAL FORM**
**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

A.  **Coverage Limits**

  1.  Each of the Coverage Limits shown below in paragraph **B. Property Coverage Extensions** applies to loss or damage arising from any one single occurrence.  Each limit is the most we will pay for covered loss or damage as described in paragraph **B.** arising from any one occurrence.

     If we pay for covered loss or damage under paragraph **B. Property Coverage Extensions**, such payment will not reduce the Coverage Limit applicable to any future loss resulting from an unrelated occurrence except as provided in subparagraph **A.2.** below.

     If we pay for covered loss or damage under paragraph **B. Property Coverage Extensions**, such payment will not reduce coverage that is provided:
     **a.**  elsewhere under this Coverage Part;
     **b.**  under any other Coverage Part of this policy; or
     **c.**  under any other policy issued by us to you;
     except as provided in subparagraph **A.2.** below.

  2.  Each of the Coverage Limits shown below in paragraph **B. Property Coverage Extensions** do not increase the Limits of Insurance nor the Annual Aggregate Limits described elsewhere in this Coverage Part applying to the Earthquake and Volcanic Eruption Endorsement or to the Flood Coverage Endorsement.

B.  **Property Coverage Extensions**

  1.  **Business Income Including Rental Value**

    **a.**  **Maximum Period Of Indemnity Coverage**

      The Optional Coverage **1. Maximum Period Of Indemnity** under **E. Optional Coverages** of the **Business Income (And Extra Expense) Coverage Form** applies:
      **(1)**  At each of the premises described in the Declarations for which a Limit of Insurance is shown for Building or Personal Property;
      **(2)**  At each of your newly acquired or constructed locations as described in **6. Coverage Extension** under **A. Coverage** of the **Business Income (And Extra Expense) Coverage Form**;
      **(3)**  At each "Dependent Property".

    **b.**  **Rental Value**

      In paragraph **1. Business Income** under **A. Coverage** of the **Business Income (And Extra Expense) Coverage Form**, option **(1) Business Income Including "Rental Value"** is automatically selected for each of the premises described in the Declarations for which a Limit of Insurance is shown for Building or Personal Property.

    **c.**  **Period of Indemnity**

      The Optional Coverage **1. Maximum Period Of Indemnity** under **E. Optional Coverages** of the **Business Income (And Extra Expense) Coverage Form** is deleted and replaced by the following:

      **1.**  **Maximum Period Of Indemnity**
        **a.**  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 50 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 51 of 168

    b. The most we will pay for the total of Business Income loss and Extra Expense is the amount of loss sustained and expenses incurred during the 365 days (approximately 12 months) immediately following the beginning of the "period of restoration" if the loss occurs at:

        (1) A premises described in the Declarations for which a Limit of Insurance is shown for Building or Personal Property;

        (2) A newly acquired or constructed location as described in **6. Coverage Extension** under **A. Coverage** of the **Business Income (And Extra Expense) Coverage Form**; or

        (3) A "Dependent Property" and such loss causes a "suspension" of your "operations".

    The "period of restoration" for "Dependent Property" begins 72 hours after the time of direct physical loss or damage caused by a Covered Cause of Loss at the premises of the "dependent property" and ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality. The "period of restoration" for "dependent property" does not include any increased period required due to the enforcement of any ordinance or law.

**d. Period of Restoration**

Subparagraph **3.a.(1)** under **F. Definitions** of the **Business Income (And Extra Expense) Coverage Form** is deleted and replaced by the following:

    (1) Immediately after the time of direct physical loss or damage for Business Income Coverage; or

**e. Extended Period of Indemnity**

In Paragraph **5.c. Extended Business Income** under **A. Coverage** of the **Business Income (And Extra Expense) Coverage Form**, the number "60" in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number "90".

Paragraph **4. Extended Period Of Indemnity** under **E. Optional Coverages** of the **Business Income (And Extra Expense) Coverage Form** is deleted.

**f. Expediting Expense and Claim Preparation Expense**

Subparagraph **b.** under **3. Loss Determination** in **C. Loss Conditions** of the **Business Income (And Extra Expense) Coverage Form** is deleted and replaced by the following:

    b. The amount of Extra Expense will be determined based on:

        (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

            (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

            (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance.

        (2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

        (3) Reasonable extra wages you pay your employees and other related costs for preparing inventories and other loss data for completing your proof of loss. We do not cover any other expenses incurred in preparing or submitting claims.

        (4) Reasonable extra costs you incur to make temporary repairs to Covered Property, expedite permanent repairs to Covered Property, and expedite permanent replacement of Covered Property. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation.

**g. Service Interruption Coverage**

The following Additional Coverage is added to **5. Additional Coverages** under **A. Coverage** of the **Business Income (And Extra Expense) Coverage Form**.

**Service Interruption**

We will pay for the actual loss of Business Income you sustain and Extra Expense you incur at the described premises caused by the failure of power or other utility service supplied to the described premises. The failure must result from direct physical loss or damage by a Covered Cause of Loss to the following property:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:
    **a.** Pumping stations;
    **b.** Water mains.
(2) Communication Supply Services, meaning property supplying communication services, including telephone, internet, radio, microwave or television services, to the described premises, such as:
    **a.** Communication transmission lines, including optic fiber transmission lines;
    **b.** Coaxial cables;
    **c.** Microwave radio relays except satellites.
(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:
    **a.** Utility generating plants;
    **b.** Switching stations;
    **c.** Substations;
    **d.** Transformers;
    **e.** Transmission lines.

We will also pay the actual loss of Business Income you sustain and Extra Expense you incur at the described premises caused by a power failure beyond your control, or caused by a change in temperature or humidity resulting from mechanical or electrical breakdown of heating, cooling or humidity control equipment that you own or use. However, we will not pay for loss that results from your failure to use reasonable care in maintaining such equipment and keeping it in proper working order.

**2. Ordinance or Law Coverage**

  **a. Loss to the Undamaged Portion of Buildings**

    (1) In the event of direct physical loss or damage to a covered building at a premises described in the Declarations by a Covered Cause or Loss, we will pay for loss to the undamaged portion of the building incurred to comply with enforcement of an ordinance or law that:
      **(a)** Requires the demolition of parts of the same building not damaged by a Covered Cause or Loss;
      **(b)** Regulates the construction or repair of buildings;
      **(c)** Establishes zoning or land use requirements at the described premises; and
      **(d)** Is in force at the time of loss.

    (2) If the Replacement Cost Coverage Option applies and the building is repaired or replaced at the same or another premises, we will not pay more for loss or damage to Covered Property, including loss caused by enforcement of an ordinance or law, than the lesser of:
      **(a)** The amount you actually spend to repair, rebuild or reconstruct the building;
      **(b)** The amount it would cost to restore the building at the same premises and to the same height, floor area, style and comparable quality of the original property insured; or
      **(c)** The Limit of Insurance applicable to the covered building.

    (3) If the Replacement Cost Coverage Option applies and the building is not repaired or replaced; or if the Replacement Cost Coverage Option does not apply, we will not pay more for loss or damage to Covered Property, including loss caused by enforcement of an ordinance or law, than the lesser of:
      **(a)** The actual cash value of the building at the time of loss; or
      **(b)** The Limit of Insurance applicable to the covered building.

    (4) Under this Coverage Extension, we will not pay any costs due to an ordinance or law that you were required to comply with before the loss, even when the building was undamaged, and that you failed to comply with.

  **b. Demolition Costs**

    (1) In the event of direct physical loss or damage to a covered building at a premises described in the Declarations by a Covered Cause of Loss, we will pay for costs to demolish and clear the site of undamaged parts of the property incurred to comply with enforcement of an ordinance or law that:
      **(a)** Requires the demolition of parts of the same building not damaged by a Covered Cause or Loss;
      **(b)** Regulates the construction or repair of buildings;
      **(c)** Establishes zoning or land use requirements at the described premises; and

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 52 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 53 of 168

      (d) Is in force at the time of loss.

    (2) We will pay the greater of:

      (a) $100,000; or

      (b) 20% of the Limit of Insurance applicable to the covered building. If the covered building is insured under a blanket limit of insurance, the applicable Limit of Insurance for that building shall be based on the most recent statement of values on file with the Company.

    However, in no event will be pay more than the amount you actually spend to demolish and clear the site at the described premises.

**c. Increased Cost of Construction**

    Subclause **(6)** under **e. Increased Cost of Construction** in **4. Additional Coverages** under **A. Coverage** of the **Building and Personal Property Coverage Form** is deleted and replaced with the following:

    (6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is the greater of:

      (a) $100,000; or

      (b) 30% of the Limit of Insurance applicable to that building. If the building is insured under a blanket limit of insurance, the applicable Limit of Insurance for that building shall be based on the most recent statement of values on file with the Company.

    The amount payable under this Additional Coverage is additional insurance.

**d. Asbestos and Pollutants Exclusion**

    Under this Coverage Extension, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos or "pollutants".

**3. Pollutant Clean-Up and Removal**

    The most we will pay for each described premises under **d. Pollutant Clean-Up and Removal** in **4. Additional Coverages** under **A. Coverage** of the **Building and Personal Property Coverage Form** is amended to $50,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**4. Computers and Communications Equipment**

    **a.** We will pay for direct physical loss or damage to "computers and communications equipment" you own, lease or rent from others, or for which you are legally responsible.

    **b.** Exclusions **B.1.b., B.1.e., B.1.g., B.2.a., B.2.c., B.2.d.(6), B.2.e., B.2.f., B.2.g.,** and **B.2.j.** of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

    **c.** The most we will pay under this Coverage Extension at any one premises is $75,000 per occurrence.

    **d.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**5. Software, Data, and Valuable Papers**

    **a.** We will pay for direct physical loss or damage by a Covered Cause of Loss to "software, data, and valuable papers" you use in your business. We will pay the research and other costs necessary to reproduce, replace or restore these items. Such loss shall include loss or damage caused by computer virus or accidental erasure provided you actually replace or reproduce the lost or damaged property.

    **b.** Exclusions **B.1.b., B.1.e., B.1.g., B.2.a., B.2.c., B.2.d.(6), B.2.e., B.2.f., B.2.g.,** and **B.2.j.** of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

    **c.** The most we will pay under this Coverage Extension at any one premise is $75,000 per occurrence.

    **d.** This Coverage Extension is subject to a deductible of $250 per occurrence.

6. **Money and Securities**

    a. We will pay for direct physical loss or damage to your "money" and "securities" that are at a premises described in the Declarations or in transit to or from such premises.

    b. We cover such property for any Covered Cause of Loss applying to your business personal property except we do not cover any loss caused by or resulting from the giving or surrendering of "money" or "securities" in exchange or purchase, or accounting or arithmetic errors.

    c. The most we will pay for loss or damage under this Coverage Extension is $25,000 per occurrence.

    d. This Coverage Extension is subject to a deductible of $250 per occurrence.

7. **Outdoor Property**

    a. We will pay for direct physical loss or damage to the following property, including debris removal expense, caused by or resulting from a Covered Cause of Loss at a premises described in the Declarations:

        (1) outdoor fences;
        (2) outdoor lighting;
        (3) monuments and memorials;
        (4) paved surfaces such as sidewalks and parking lots;
        (5) trees, shrubs, plants and lawns (other than "stock" of trees, shrubs or plants).

    b. Coverage Extension **e. Outdoor Property** in **5. Coverage Extensions** under **A. Coverage** of the **Building and Personal Property Coverage Form** is deleted.

    c. The most we will pay under this Coverage Extension at any one premises is $50,000 per occurrence. The most we will pay for any one tree, shrub or plant or lawn is $10,000 per occurrence.

    d. This Coverage Extension is subject to a deductible of $500 per occurrence.

8. **Outdoor Signs**

    a. We will pay for direct physical loss or damage to outdoor signs, including debris removal expense, caused by or resulting from a Covered Cause of Loss at a premises described in the Declarations or elsewhere.

    b. The $2,500 sub-limit that applies to attached outdoor signs in **C. Limits of Insurance** of the **Building and Personal Property Coverage Form** is deleted.

    c. We will not pay more than the amount you actually pay to repair or replace the lost or damaged signs with other property of comparable material and quality.

    d. This Coverage Extension is subject to a deductible of $250 per occurrence.

9. **Property Off Premises**

    a. Coverage Extension **d. Property Off Premises** in **5. Coverage Extensions** under **A. Coverage** of the **Building and Personal Property Coverage Form** is deleted and replaced with the following:

      **d. Property Off Premises**
      You may extend the insurance provided by this Coverage Form to your Covered Property that is at a premises that is not described in the Declarations. This Coverage Extension does not apply to Covered Property in or on a vehicle.

    b. Exclusions **B.1.b., B.1.g., B.2.c., B.2.e., B.2.f., B.2.g.,** and **B.2.j.** of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

    c. The most we will pay for loss or damage under this Coverage Extension is $50,000 per occurrence.

    d. This Coverage Extension is subject to a deductible of $250 per occurrence.

10. **Property in Transit**

    Additional Coverage Extension **1. Property In Transit** under **F. Additional Coverage Extensions** of the **Causes Of Loss – Special Form** is deleted and replaced by the following:

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 54 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 55 of 168

1. **Property In Transit.** This Coverage Extension applies only to your personal property to which this form applies.
   a. You may extend the insurance provided by this Coverage Form to apply to your personal property in transit away from the described premises. Property must be in transit between points in the coverage territory.
   b. Loss or damage must be caused by a Covered Cause of Loss.
   c. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.
   d. Exclusions B.1.b., B.1.g., B.2.c., B.2.e., B.2.f., B.2.g., and B.2.j. of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.
   e. The most we will pay for loss or damage under this Coverage Extension is $50,000 per occurrence.
   f. This Coverage Extension is subject to a deductible of $250 per occurrence.

### 11. Property of Others

a. We will pay for direct physical loss or damage by a Covered Cause of Loss to personal property of others in your care, custody or control.

b. Exclusions B.1.b., B.1.g., B.2.c., B.2.e., B.2.f., B.2.g., B.2.i., and B.2.j. of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

c. The most we will pay under this Coverage Extension is $50,000 per occurrence.

d. This Coverage Extension is subject to a deductible of $250 per occurrence.

### 12. Personal Effects

a. We will pay for direct physical loss or damage by a Covered Cause of Loss at a premises described in the declarations to personal effects owned by you, your officers, your partners or members, your managers or your employees.

b. The most we will pay under this Coverage Extension is $50,000 per occurrence.

c. This Coverage Extension is subject to a deductible of $250 per occurrence.

### 13. Newly Acquired or Constructed Property

Coverage Extension a. **Newly Acquired or Constructed Property** under 5. **Coverage Extensions** in A. **Coverage** of the **Building and Personal Property Coverage Form** is deleted and replaced with the following:

a. We will pay for direct physical loss or damage by a Covered Cause of Loss to:
   (1) Your new buildings while being built on the described premises;
   (2) Buildings you acquire at locations other than the described premises;
   (3) Your Business Personal Property at such premises.

b. Insurance provided under this Coverage Extension will end when any of the following first occurs:
   (1) This policy expires;
   (2) 180 days after you acquire the property or begin construction of that part of the building that would qualify as Covered property;
   (3) You report values to us.

   We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

c. The most we will pay under this Coverage Extension at any one premises is $1,500,000 per occurrence.

### 14. Fire Extinguishing Equipment Recharge Costs

a. We will pay the necessary and reasonable cost to recharge or refill your fire extinguishing equipment as a result of loss or damage by a Covered Cause of Loss to Covered Property at a premises described in the Declarations.

b. The most we will pay under this Coverage Extension at any one premises is $50,000.

c. No deductible applies to this Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

15. **Fire Department Service Charge**

    a. When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for service at each premises described in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed. Coverage applies to your liability for fire department service charges:

       (1) Assumed by contract or agreement prior to loss; or

       (2) Required by local ordinance.

    b. Additional Coverage **c. Fire Department Service Charge** of **4. Additional Coverages** under **A. Coverage** of the **Building and Personal Property Coverage Form** is deleted.

    c. No deductible applies to this Coverage Extension.

16. **Crime Reward**

    a. We will pay a reward to anyone providing information to law enforcement authorities that leads to an arrest and conviction for criminal loss of or damage to Covered Property by a Covered Cause of Loss including, but not limited to, vandalism, arson, burglary and theft. We will also pay a reward to anyone providing information that results in the recovery of stolen covered property.

    b. The most we will pay under this Coverage Extension to all such persons is 10% of the amount of the covered loss or $10,000, whichever is less.

    c. No deductible applies to this Coverage Extension.

17. **Uncollected Funds**

    a. We will pay for direct physical loss or damage by a Covered Cause of Loss to your records of balances owed you by customers, donors or others if the records were at any location in the "coverage territory" or while in transit between two such locations. The loss or damage we will pay shall be limited to the following:

       (1) Sums owed you which you cannot collect because of destruction of your records;

       (2) Interest charges you must pay on loans obtained to offset impaired collections;

       (3) That part of your collection costs that exceeds your normal business operations costs;

       (4) Other costs you reasonably incur to restore your records.

    b. Exclusions **B.1.b.**, **B.1.g.**, **B.2.c.**, **B.2.e.**, **B.2.f.**, **B.2.g.**, and **B.2.j.** of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

    c. The most we will pay under this Coverage Extension is $50,000 per occurrence.

    d. No deductible applies to this Coverage Extension.

18. **Debris Removal**

    Clause (4) under **a. Debris Removal** in **4. Additional Coverages** under **A. Coverage** of the **Building and Personal Property Coverage Form** is deleted and replaced by the following:

    (4) We will pay up to an additional $50,000 for debris removal expense or 25% of the applicable Limit of Insurance, whichever is more, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000 or 25% of the applicable Limit of Insurance, whichever is more.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 56 of 168

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 57 of 168

**19. Water Damage**

    **a.** Paragraphs **(3)** and **(4)** in Exclusion **1.g. Water** under **B. Exclusions** of the **Causes Of Loss – Special Form** are deleted.

    **b.** The most we will pay under this Coverage Extension is $100,000 or the limit of insurance applicable to the Covered Property, whichever is less.

**20. Spoilage**

    **a.** We will pay for direct physical loss or damage to perishable Covered Property caused by:

        **(1)** A power failure beyond your control;

        **(2)** A change in temperature or humidity caused by mechanical or electrical breakdown of heating, cooling or humidity control equipment that you own or use;

        **(3)** The interruption of water supply, steam or gas to your premises; or

        **(4)** The interruption of communication services, including telephone, internet, radio, microwave or television services, to the described premises.

    **b.** But we will not pay for loss or damage that results from your failure to use reasonable care in maintaining the heating, cooling or humidity control equipment that you own or use and keeping it in proper working order.

    **c.** The most we will pay for loss or damage under this Coverage Extension is $250,000 per occurrence.

    **d.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**21. Utility Services**

    **a.** We will pay for direct physical loss or damage to Covered Property caused by the failure of power or other utility service supplied to a premises described in the declarations. The failure must result from direct physical loss or damage by a Covered Cause of Loss to the following property:

        **(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

            **(a)** Pumping stations;

            **(b)** Water mains.

        **(2)** Communication Supply Services, meaning property supplying communication services, including telephone, internet, radio, microwave or television services, to the described premises, such as:

            **(a)** Communication transmission lines, including optic fiber transmission lines;

            **(b)** Coaxial cables;

            **(c)** Microwave radio relays except satellites.

        **(3)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

            **(a)** Utility generating plants;

            **(b)** Switching stations;

            **(c)** Substations;

            **(d)** Transformers;

            **(e)** Transmission lines.

    **b.** This Coverage Extension does not apply to Business Income or Extra Expense.

    **c.** The most we will pay under this Coverage Extension is $50,000 per occurrence.

    **d.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**22. Inventory or Appraisal**

    **a.** You may extend the insurance provided under this Coverage Form to apply to the following expenses you incur, as required by this Coverage Part, to prepare a claim.

        **(1)** The cost of taking inventories;

        **(2)** The cost of making appraisals; and

        **(3)** The cost of preparing a statement of loss and other supporting exhibits.

    **b.** We will not pay for any expenses billed by and payable to public adjusters or appraisers.

    **c.** The most we will pay under this Coverage Extension is $25,000 per occurrence.

PR 1501 04 13           McNeil & Co., 2012           Page 8 of 15

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

d. No deductible applies to this Coverage Extension.

**23. Lock and Key Replacement**

a. We will pay for direct physical loss or damage by a Covered Cause of Loss to your locks or keys.

b. We will pay the actual cost to:
    (1) Replace keys, including key fobs and key cards;
    (2) Adjust or reset locks to accept new keys; and, if required
    (3) Replace locks.

c. Exclusion **B.2.h.** and Limitation **C.1.e.** of the **Causes of Loss – Special Form** do not apply to this Coverage Extension.

d. The most we will pay under this Coverage Extension is $5,000 per occurrence.

e. No deductible applies to this Coverage Extension.

**24. Expanded Covered Property**

a. For those premises scheduled on the declarations, the following are added to **a. Building** of **1. Covered Property** under **A. Coverage** of the **Building and Personal Property Coverage Form**:
    (1) Above ground and below ground fuel storage tanks used for gasoline, diesel, kerosene or liquefied petroleum gas;
    (2) Pumps used for dispensing fuel, including gasoline, diesel, kerosene or liquefied petroleum gas, and the pipes connecting such pumps to their supply tanks;
    (3) Permanently installed canopy structures and light fixtures;
    (4) Automatic pay stations, vending machines, and vacuums; and
    (5) Garages and storage buildings.

b. For those premises scheduled on the declarations, the following are added to **b. Your Business Personal Property** of **1. Covered Property** under **A. Coverage** of the **Building and Personal Property Coverage Form**:
    (1) Gasoline, diesel, kerosene, or liquefied petroleum gas held for sale.

c. Paragraphs **f., g., l.,** and **m.** in **2. Property Not Covered** under **A. Coverage** of the **Building and Personal Property Coverage Form** are deleted.

d. Payments under this coverage extension are subject to and will not increase the limit of insurance applying to Covered Property at the premises, as scheduled on the declarations, where loss occurs.

e. The deductible applying to the Covered Property applies to this Coverage Extension.

**25. Tenant Glass**

a. We will pay for direct physical loss or damage by a Covered Cause of Loss to glass in a building you occupy but do not own, located on a premises described in the declarations. Coverage for glass includes replacement of lettering, artwork, ornamentation, sensors or other items permanently affixed to such glass.

b. We will also pay for necessary:
    (1) Expenses incurred to put up temporary plates or board up openings when repair or replacement of the damaged glass is delayed;
    (2) Repair or replacement of encasing or frames; and
    (3) Expenses incurred to remove or replace obstructions to repair or replace damaged glass. This does not include the cost of removing, replacing or rebuilding window displays.

c. The glass must be in your care, custody, or control and must be repaired or replaced at your expense.

d. The most we will pay under this Coverage Extension at any one premises is $10,000 per occurrence.

e. This Coverage Extension is subject to a deductible of $250 per occurrence.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 58 of 168

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**26. Art, Antiquities, Trophies and Rewards**

    **a.** We will pay for direct physical loss or damage by a Covered Cause of Loss to your art, antiques, rare articles, statuary, marbles, bronzes, plaques, trophies and awards.

    **b.** **G.3. Replacement Cost** of the **Building and Personal Property Coverage Form** is amended to include the following clause **g.**:

        **g.** As respects loss or damage to art, antiques, rare articles, statuary, marbles, bronzes, plaques, trophies and awards, we will not pay more than the least of the following:

            **(1)** The amount you actually pay to restore or repair the lost or damaged property as nearly as possible to its condition immediately prior to the loss;

            **(2)** The amount you actually pay to replace the lost or damaged property with other property of comparable material and quality; or

            **(3)** The appraised value of the lost or damaged property provided such appraisal was made prior to the loss.

        If such property is not restored, repaired or replaced, and no appraisal existed as of the time of loss, we will pay the fair market value of the covered property provided that there is a market for such property. If there is no market for such property, we will pay the actual cash value as of the time of the loss or damage.

    **c.** Exclusions **B.1.b.**, **B.1.g.**, **B.2.c.**, **B.2.e.**, **B.2.f.**, **B.2.g.**, and **B.2.j.** of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

    **d.** Subclause **b.(3)** under **G.3. Replacement Cost** of the **Building and Personal Property Coverage Form** is deleted.

    **e.** The most we will pay under this Coverage Extension is $50,000 per occurrence.

    **f.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**27. Described Premises**

The number "100" is replaced by the number "1000" in **a. Building, b. Your Business Personal Property,** and **c. Personal Property of Others** of **1. Covered Property,** and **5. Coverage Extensions** under **A. Coverage of the Building and Personal Property Coverage Form,** Limitation **2.c.** under **C. Limitations** of the **Causes Of Loss – Special Form,** and **1. Business Income** under **A. Coverage** of the **Business Income (and Extra Expense) Coverage Form.**

**28. Single Occurrence Deductible**

In the event of direct physical loss or damage by a Covered Cause of Loss arising out of a single occurrence where more than one deductible applies, then we will only apply one deductible, the largest, and the other deductibles will be waived.

In the event of loss or damage arising out of a single occurrence, accident or event that is covered under this coverage part and any other coverage part of this policy or any other policy issued by us to you, we will only apply one deductible, the largest, to all covered loss or damage and the other deductibles will be waived.

This extension supersedes any other Deductible provision of this policy stating that more than one deductible applies, including such provisions in any Flood Coverage Endorsement or Earthquake and Volcanic Eruption Endorsement that may form a part of this policy.

This extension shall apply only if such application results in a greater claim payment to you than the claim payment we would have made if not applied.

**29. Property of Your Customers**

    **a.** We will pay for direct physical loss or damage to "money", "securities" and other property belonging to your customers, resulting from theft committed by your employee or volunteer while performing duties related to the conduct of your business.

    **b.** The most we will pay for loss or damage under this Coverage Extension is $10,000 per occurrence.

    **c.** This Coverage Extension is subject to a deductible of $250 per occurrence.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 59 of 168

### 36. Tools and Equipment

    **a.** We will pay for direct physical loss or damage by a Covered Cause of Loss to tools and equipment, other than "mobile equipment", used in your business, including tools and equipment owned by you, your officers, your partners or members, your managers or your employees.

    **b.** Coverage applies anywhere in the coverage territory.

    **c.** Exclusions **B.1.b.**, **B.1.g.**, **B.2.c.**, **B.2.e.**, **B.2.f.**, **B.2.g.**, **B.2.i.**, and **B.2.j.** of the **Causes Of Loss – Special Form** do not apply to this Coverage Extension.

    **d.** The most we will pay under this Coverage Extension is $25,000 per occurrence.

    **e.** This Coverage Extension is subject to a deductible of $250 per occurrence.

### 37. Employee Dishonesty

    **a.** We will pay for loss of or damage to "money", "securities" and other Covered Property resulting directly from fraudulent or dishonest acts, including but not limited to theft, committed by an "employee" whether identified or not, acting alone or in collusion with other persons.

    **b.** This Coverage Extension does not apply to:

        **(1)** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

            **(a)** An inventory computation; or

            **(b)** A profit and loss computation.

        However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

        **(2)** Loss resulting from theft or any other dishonest act committed by you, any of your partners or members or managers of a limited liability company, whether acting alone or in collusion with other persons.

        **(3)** Loss caused by an "employee" if the "employee" had also committed theft or any other dishonest act prior to the effective date of this insurance and you or any of your partners, members or managers of a limited liability company, officers, directors or trustees, not in collusion with the "employee", learned of that theft or dishonest act prior to the policy period.

        **(4)** Loss caused by an "employee" for which similar prior insurance has been cancelled and not reinstated since such cancellation.

    **c.** This Coverage Extension is cancelled as to any "employee" immediately upon discovery by you or any of your partners, members or managers of a limited liability company, officers, directors or trustees, not in collusion with the "employee", of an fraudulent or dishonest act committed by that "employee", whether before or after being hired.

    **d.** Exclusion **B.2.h.** of the **Causes Of Loss – Special Form** does not apply to this Coverage Extension.

    **e.** We will pay only for loss or damage sustained through fraudulent or dishonest acts committed or occurring during the policy period and discovered no later than one year from the end of the policy period.

    **f.** In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA), any employee welfare benefit plan and/or employee pension benefit plan, hereinafter referred to as plan, which is provided solely for the benefit of your "employees" is added as an additional insured under this Coverage Extension. The following additional provisions apply to insurance provided by this Coverage Extension to such plans:

        **(1)** "Employee" also includes any natural person who is a trustee, officer, administrator or manager, except an administrator or manager who is an independent contractor, of any plan.

        **(2)** If any plan is insured jointly with any other entity under this insurance, you or the plan administrator must select a limit of insurance that is sufficient to provide a limit of insurance for each plan that is at least equal to that required under ERISA provisions if each plan were separately insured.

        **(3)** If the first Named Insured is an entity other than a plan, any payment we make for loss sustained by any plan will be made to the plan sustaining the loss.

        **(4)** If two or more plans are insured under this insurance, any payment we make for loss sustained by two or more plans or of commingled "money", "securities" or other Covered Property of two or more plans resulting from one occurrence will be made to each plan sustaining loss in the proportion that

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 60 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 61 of 168

the limit of insurance required for each plan under ERISA provisions bears to the total limit of insurance of all plans sustaining loss.

    **g.** The most we will pay under this Coverage Extension is $25,000 per occurrence. As used in this Coverage Extension, occurrence means all loss caused by or involving one or more "employees", whether the result of a single act or a series of acts, whether or not related.

    **h.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**38. Forgery or Alteration**

    **a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

        **(1)** Made or drawn by or drawn upon you; or

        **(2)** Made or drawn by one acting as your agent;

    or that are purported to have been so made or drawn.

    For the purposes of this Coverage Extension, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

    **b.** If you are sued for refusing to pay any instrument covered in paragraph a. on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

    **c.** We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

    **d.** You must include with your proof of loss any instrument involved in that loss, or if that is not possible, an affidavit setting forth the amount and cause of loss.

    **e.** We will pay only for loss or damage sustained through "forgery" or alteration committed or occurring during the policy period and discovered no later than one year from the end of the policy period.

    **f.** The most we will pay under this Coverage Extension, including reasonable legal expenses, is $25,000 per occurrence. As used in this Coverage Extension, occurrence means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

    **g.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**39. Money Orders and Counterfeit Money**

    **a.** We will pay for loss resulting from your having accepted in good faith, in exchange for merchandise, "money" or services:

        **(1)** Money orders issued by any post office, express company or bank that are not paid upon representation; or

        **(2)** "Counterfeit money" that is acquired during the regular course of business.

    **b.** The most we will pay for loss or damage under this Coverage Extension is $5,000 per occurrence.

    **c.** This Coverage Extension is subject to a deductible of $250 per occurrence.

**C. Definitions**

    **1.** "Computers and communications equipment" means any of the following property:

        **a.** Computers, printers and related peripheral computer equipment;

        **b.** Photocopy and facsimile machines;

        **c.** Telephones and telephone switchgear;

        **d.** Radio equipment, radio/television antennas and related electronic equipment, and satellite dishes, including lead-in wiring, masts and towers.

    **2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. "Dependent Property" means property operated by others whom you depend on to:

   a. Deliver materials or services to you, or to others for your account (contributing locations) but any property which delivers water supply services, power supply services, or communication supply services, including services relating to internet access or access to any electronic network, is not a contributing location with regard to such services;

   b. Accept your products or services (recipient locations);

   c. Manufacture products for delivery to your customers under contract of sale (manufacturing locations); or

   d. Attract customers to your business (leader locations).

4. "Employee" means any natural person:

   a. While in your service, and for the first 30 days immediately after termination of service, unless such termination is due to theft or any dishonest act committed by the "employee"; and

   b. Who you compensate by salary, wages or commissions; and

   c. Who you have the right to direct and control while performing services for you;

   "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

5. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

6. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery and equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:
      (1) Power cranes, shovels, loaders, diggers or drills; or
      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c., or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:
      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or
      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c., or d. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":
      (1) Equipment designed primarily for:
         (a) Snow removal;
         (b) Road maintenance, but not construction or resurfacing; or
         (c) Street cleaning;
      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

   However, mobile equipment does not include:

   a. Transportation of any of the above equipment by an auto owned or operated by or rented or loaned to any insured; or

   b. The use of mobile equipment in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 62 of 168

7. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Travelers checks, register checks and money orders held for sale to the public.

8. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you.

9. "Software, Data, and Valuable Papers" means:

   a. Books, maps, drawings, abstracts, deeds, mortgages and manuscripts;

   b. Programs, files and records which exist on computer disks, drives or tapes;

   c. Film, negatives, slides, photographs, microfilm, microfiche, audiotape and videotape.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 63 of 168

IL 01 18 10 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 64 of 168

**A.** When this endorsement is attached to Standard Property Policy CP 00 99, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

1. The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   a. Real property used principally for residential purposes up to and including a four family dwelling; or

   b. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2. The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

   a. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      (1) You demanded the appraisal; and

      (2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   **Concealment, Misrepresentation Or Fraud**

   a. This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

      (1) Was made with actual intent to deceive; or

      (2) Materially affected either our decision to provide this insurance or the hazard we assumed.

      However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

   b. This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      (1) This Coverage Part or Coverage Form;

      (2) The Covered Property;

      (3) Your interest in the Covered Property; or

      (4) A claim under this Coverage Part or Coverage Form.

© Insurance Services Office, Inc., 2009

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 65 of 168

c. Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

D. For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

E. The **Intentional Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

   In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

2. However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

   a. The loss ("loss") arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

F. The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

© Insurance Services Office, Inc., 2009 IL 01 18 10 10

IL 02 84 12 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 66 of 168

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs 8. and 9. below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs 8. and 9. below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Our notice of cancellation will state the reason for cancellation.

8. **Real Property Other Than Residential Properties Occupied By 4 Families Or Less**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   **a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

IL 02 84 12 05          © ISO Properties, Inc., 2005          Page 1 of 2

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 67 of 168

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal unoccupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

9. **Residential Properties Occupied By 4 Families Or Less**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

10. For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**NONRENEWAL**

1. If we decide not to renew or continue this policy, we will mail you, your agent or broker and any mortgagee or lienholder known to us written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

a. If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

(1) The policy was obtained by misrepresentation or fraud;

(2) The risk originally accepted has measurably increased; or

(3) You received 60 days' notice of our intent not to renew as provided in 1. above.

b. If this policy has been issued to you and in effect with us for less than 5 years, we may not fail to renew this policy unless you received 30 days' notice as provided in 1. above.

C. The following is added:

**MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2005

IL 02 84 12 05

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 68 of 168

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 01 15 © Insurance Services Office, Inc., 2015 Page 1 of 1

**ARCH INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN

This endorsement modifies the insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CAUSES OF LOSS – SPECIAL FORM**

**A.** The term Covered Cause of Loss includes "Equipment Breakdown" as described and limited below.

**B.** The following is added to **G. Definitions** of the **Causes Of Loss – Special Form**:

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 69 of 168

   **1.** "Equipment Breakdown" means loss or damage:

      **(a)** Caused by, resulting from, or consisting of:
         **(1)** Mechanical breakdown; or
         **(2)** Electrical or electronic breakdown, including electrical arcing, power surge, and short circuit; or
         **(3)** Rupture, bursting, bulging, implosion, or steam explosion; and

      **(b)** Originating within:
         **(1)** Mechanical, electrical, electronic or fiber optic equipment; or
         **(2)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
            **(a)** Waste disposal piping;
            **(b)** Any piping forming part of a fire protective system;
            **(c)** Furnaces; and
            **(d)** Any water piping other than:
               **i.** Boiler feed water piping between the feed pump and the boiler;
               **ii.** Boiler condensate return piping; or
               **iii.** Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes;

   **2.** "Equipment Breakdown" does not mean loss or damage caused by or resulting from any of the following:

      **(a)** Wear and tear;
      **(b)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold, or any other quality that causes the property to damage or destroy itself;
      **(c)** Smog;
      **(d)** Settling, cracking, shrinking or expansion;
      **(e)** Scratching or marring;
      **(f)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;
      **(g)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software.

**C.** **1.** As respects coverage granted under **A.** and **B.** above, Exclusions **B.2.a.**, **B.2.d.(6)** and **B.2.e.**, and Limitations **C.1.a.** and **C.1.b.** in the **Causes Of Loss – Special Form** are deleted.

   **2.** Also, as respects coverage granted under **A.** and **B.** above, Exclusions **B.2.d.(1)** and **B.2.d.(2)** in the **Causes Of Loss – Special Form** are deleted.

   However, we will not pay for loss or damage caused by or resulting from wear and tear, depletion, deterioration, corrosion, or erosion. But, if loss or damage by a Covered Cause of Loss granted under **C.1.** above results, we will pay for that resulting loss or damage.

**D.** As respects coverage granted under **A.**, **B.**, and **C.** above, we will also pay for direct physical loss or damage to Covered Property, including expenses to clean up or dispose of such property, resulting from hazardous substance contamination. The most we will pay for all such contamination is $250,000. As used in this coverage

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

extension, hazardous substance means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental authority.

**E.** As respects coverage granted under **A., B., C.,** and **D.** above, paragraph **m.** of **2. Property Not Covered** under **A. Coverage** of the **Building and Personal Property Coverage Form** is deleted.

**F.** As respects coverage granted under **A., B., C.,** and **D.** above, we will not pay for loss or damage to:

   **1.** Vehicles, self-propelled equipment, aircraft or watercraft unless such loss or damage is the direct result of loss or damage granted under **C.** above to:

      **(a)** Other Covered Property built to operate under vacuum or pressure (other than weight of contents); or

      **(b)** Other Covered Property used for the generation, transmission or utilization of energy.

**G.** Upon our discovery of a dangerous condition with respect to any item of property built to operate under vacuum or pressure (other than weight of contents) or used for the generation, transmission, or utilization of energy, any of our representatives may immediately suspend the insurance provided under this Coverage Extension as respects that item of property. This can be done by delivering or mailing a written notice of suspension to you at your address shown in this policy, or at the location of the property. Once we have suspended your coverage in this manner, your insurance can be reinstated only by an endorsement. If we suspend your insurance, you will get a pro rata refund of premium, but the suspension will be effective even if we have not yet made or offered a refund.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 70 of 168

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 71 of 168

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2011

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 72 of 168

© Insurance Services Office, Inc., 2011 CP 10 30 10 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 73 of 168

This exclusion does not apply:

(1) When "fungus", wet or dry rot or bacteria result from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d.(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or



**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply: ✱

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.



ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 74 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 75 of 168

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.** Ordinance Or Law;

(b) Paragraph **B.1.c.** Governmental Action;

(c) Paragraph **B.1.d.** Nuclear Hazard;

(d) Paragraph **B.1.e.** Utility Services; and

(e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 76 of 168

     © Insurance Services Office, Inc., 2011     CP 10 30 10 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 77 of 168

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.



**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.;**

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does not apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 78 of 168

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in D.1. through D.7.

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in E.2. and E.6. only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under E.2. of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

CP 10 30 10 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 79 of 168

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 80 of 168

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

      (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

      (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2011

CP 10 30 10 12

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. Definitions.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 8l of 168

## A. Coverage

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

(1) Business Income Including "Rental Value".

(2) Business Income Other Than "Rental Value".

(3) "Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

(a) The portion of the building which you rent, lease or occupy;

(b) The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

(c) Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

a. Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 82 of 168

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

a. Civil Authority

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011   CP 00 30 10 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 83 of 168

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

(1) Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 60 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 60 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

(1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 84 of 168

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

© Insurance Services Office, Inc., 2011

CP 00 30 10 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 85 of 168

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 86 of 168

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      (1) The Net Income of the business before the direct physical loss or damage occurred;

      (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      (4) Other relevant sources of information, including:

         (a) Your financial records and accounting procedures;

         (b) Bills, invoices and other vouchers; and

         (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

         (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   c. **Resumption Of Operations**

      We will reduce the amount of your:

      (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

      (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

D. **Additional Condition**

   **COINSURANCE**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

   We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

   1. The Coinsurance percentage shown for Business Income in the Declarations; times

   2. The sum of:

      a. The Net Income (Net Profit or Loss before income taxes), and

      b. Operating expenses, including payroll expenses,

      that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 87 of 168

Instead, we will determine the most we will pay using the following steps:

Step (1): Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step (2): Divide the Limit of Insurance for the described premises by the figure determined in Step (1); and

Step (3): Multiply the total amount of loss by the figure determined in Step (2).

We will pay the amount determined in Step (3) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step (1): $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $150,000 ÷ $200,000 = .75

Step (3): $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 88 of 168

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

(1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

(2) The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |

If, in this example, the actual amount of loss is:

| Days 1–30: | $ 40,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 90,000 |

We will pay:

| Days 1–30: | $ 30,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1) The Business Income Limit of Insurance; divided by

(2) The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph A.5.c., Extended Business Income, the number 60 in Subparagraphs (1)(b) and (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

© Insurance Services Office, Inc., 2011
CP 00 30 10 12

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 89 of 168

COMMERCIAL EXCESS LIABILITY
CX 02 14 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 90 of 168

**A.** Paragraph **5. Cancellation** of Section III – Conditions is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

   **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **b.** For a reason other than nonpayment of premium, we will mail the notice at least:

   **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

   **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

**3.** If this policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** Paragraph **13. When We Do Not Renew** of Section III – Conditions is replaced by the following:

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2007

COMMERCIAL EXCESS LIABILITY
CX 21 30 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 91 of 168

**A.** Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

CX 21 30 01 15 © Insurance Services Office, Inc., 2015 Page 1 of 1

COMMERCIAL PROPERTY
CP 01 49 06 07

# ILLINOIS CHANGES – ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in:

1. Paragraph **B.2.a.** of the Standard Property Policy, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form and the Causes Of Loss – Special Form; and

2. Paragraph **B.2.b.** of the Mortgageholders Errors And Omissions Coverage Form

is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 92 of 168

COMMERCIAL PROPERTY
CP 01 40 07 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 93 of 168

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage — Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

CP 01 40 07 06 © ISO Properties, Inc., 2006 Page 1 of 1

POLICY NUMBER: MCPK08184103

**COMMERCIAL GENERAL LIABILITY**
**CG DS 01 10 01**

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Arch Insurance Company**<br>3100 Broadway, Suite 511<br>Kansas City, MO 64111<br>Phone: 800-821-5546 | **McNeil & Company, Inc.**<br>P.O. Box 5670<br>20 Church Street<br>Cortland, NY 13045 |

NAMED INSURED: Uptown Service Station, Inc.

MAILING ADDRESS: 4900 North Broadway

Chicago, IL 60640

POLICY PERIOD: FROM 02/21/2016 TO 02/21/2017 AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 94 of 168

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| DAMAGE TO PREMISES | | |
| RENTED TO YOU LIMIT | $300,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $10,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $3,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $3,000,000 |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.<br>RETROACTIVE DATE: None<br>(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS:<br><br>☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE  ☐ TRUST<br><br>☐ LIMITED LIABILITY COMPANY  ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT IN-CLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)<br><br>BUSINESS DESCRIPTION: Full Service Car Wash with Gasoline and Convenience Store Operations |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 95 of 168

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| See CG DS01 - Supp - Classification Schedule | |

**CLASSIFICATION AND PREMIUM**

| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| See CG DS01 - Supp - Classification Schedule | | | | | | | |

STATE TAX OR OTHER (if applicable)   $   PER ILDS00

TOTAL PREMIUM (SUBJECT TO AUDIT)   $ _____

PREMIUM SHOWN IS PAYABLE:   AT INCEPTION   incl _____

AT EACH ANNIVERSARY   $ _____

(IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS)

AUDIT PERIOD (IF APPLICABLE) ☐ ANNUALLY ☐ SEMI-ANNUALLY ☐ QUARTERLY ☐ MONTHLY

**ENDORSEMENTS**

ENDORSEMENTS ATTACHED TO THIS POLICY:   REFER TO GU207 (06/78)

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: 02/18/2016 | By: |
|---|---|
| (Date) | (Authorized Representative) McNeil & Company, Inc. |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

POLICY NUMBER: MCPK08184103

# COMMERCIAL GENERAL LIABILITY
# SUPPLEMENTAL DECLARATIONS

**LOCATION OF PREMISES**

Location of All Premises You Own, Rent or Occupy:

4900 North Broadway, Chicago, IL 60640

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 96 of 168

**CLASSIFICATION AND PREMIUM**

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Gasoline Stations - self-service [Includes Products and Completed Ops] | 13454 | T | Incl | Incl | Incl | Incl |
| Car Washes - other than self-service [Includes Products and Completed Ops] | 10367 | S | Incl | Incl | Incl | Incl |
| Grocery Stores [Includes Products and Completed Ops] | 13673 | S | Incl | Incl | Incl | Incl |

**Total Advance Premium** Incl

CG DS 01 Supplemental 01 03

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 97 of 168

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 98 of 168

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 99 of 168

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

   (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

   (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

   (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

   (i) Any insured; or

   (ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

   (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

   (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

   (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 100 of 168

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012  CG 00 01 04 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 101 of 168

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Electronic Data**

Damages arising out of the loss, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 102 of 168

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012      CG 00 01 04 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 103 of 168

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 104 of 168

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 105 of 168

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 106 of 168

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage A; and

   **b.** Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      **(1)** How, when and where the "occurrence" or offense took place;

      **(2)** The names and addresses of any injured persons and witnesses; and

      **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

      **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

      **(2)** Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

      **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      **(2)** Authorize us to obtain records and other information;

      **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 107 of 168

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 108 of 168

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 109 of 168

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 110 of 168

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012   CG 00 01 04 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 111 of 168

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 112 of 168

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 113 of 168

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

COMMERCIAL GENERAL LIABILITY
CG 02 00 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 114 of 168

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2006

**ARCH INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COVERAGE EXTENSIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 115 of 168

1. **Enhanced Property Damage**

   Paragraph **a. Expected or Intended Injury** in **2. Exclusions** under **Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability** is deleted and replaced with the following:

   a. **Expected or Intended Injury**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

2. **Contractual Liability – Personal and Advertising Injury**

   Subparagraph **e. Contractual Liability** under paragraph **2. Exclusions** of **Section I – Coverages, Coverage B – Personal and Advertising Injury Liability** is deleted and replaced by the following:

   "Personal and advertising injury" arising out of "advertisement" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

3. **Damage to Rented Premises**

   a. The following paragraph is added to **j. Damage to Property** in **2. Exclusions** under **Section I – Coverages, Coverage A – Bodily Injury and Property Damage Liability**:

   Paragraphs **(1), (3),** and **(4)** of this exclusion do not apply to "property damage" to premises, including the contents of such premises, rented to you or occupied by you with the permission of the owner for a period of 8 or more consecutive days. The most we will pay for all such "property damage" is $50,000.

   b. Paragraph **6.** under **Section III – Limits of Insurance** is deleted and replaced by the following:

   Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, or explosion, while rented to you or temporarily occupied by you with permission of the owner.

4. **Damage to Personal Property of Others**

   Paragraph **(4)** of **j. Damage to Property** in **2. Exclusions** under **Section I – Coverages, Coverage A – Bodily Injury and Property Damage Liability** is deleted.

   This coverage does not apply to property in a customer's "auto" or to property held for sale, storage or safekeeping.

   The most we will pay under this Coverage Extension is $5,000 for any one "occurrence". A deductible of $500 per "occurrence" applies to this Coverage Extension. Any deductible stated elsewhere in this coverage part does not apply to this Coverage Extension.

McNeil & Co., 2012
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 116 of 168

5. **Damage to Your Products**

   Subparagraph **k. Damage to Your Product** under paragraph **2. Exclusions** of **Section I – Coverages, Coverage A – Bodily Injury or Property Damage Liability** is deleted and replaced by the following:

   **k. Damage to Your Product**

   "Property damage" to "your product" arising out of it or any part of it. With respect to "your product" that is sold or installed as part of your business, this exclusion does not apply if the "property damage" is caused by a defect that existed in "your product" or any part or "your product" when it was transferred to another and the defect was not the result of "your work".

6. **Bail Bonds**

   Subparagraph **1.b.** under **Section I – Coverages, Supplementary Payments – Coverages A and B** is amended to read as follows:

   **b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

7. **Your Expenses**

   Subparagraph **1.d.** under **Section I – Coverages, Supplementary Payments – Coverages A and B** is amended to read as follows:

   **d.** All reasonable expenses incurred by the insured at our request to assist in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

8. **Additional Insured**

   The following are added to **Section II – Who Is An Insured**:

   **a. Persons or Organizations – As Required By Contract**

   Any person or organization when you have agreed in writing in a contract or agreement that such person or organization is to be included on your policy as an additional insured. Such person or organization is only an insured with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:
   (1) Your ongoing operations for such person(s) or organization(s);
   (2) "Your products"; or
   (3) Your use or maintenance of a premises you own, rent, lease, occupy or otherwise use with the permission of the owner, except those premises you lease from person(s) or organization(s) for which paragraph **8.b.** below applies.

   **b. Managers, Landlords or Lessors of Premises**

   Any person or organization from whom you lease premises when you have agreed in writing in a contract or agreement that such person or organization is to be included on your policy as an additional insured. Such person or organization is only an insured with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and subject to the following additional exclusions:

   This insurance does not apply to:
   (1) Any "occurrence" which takes place after you cease to be a tenant in that premises.
   (2) Structural alterations, new construction or demolition operations performed by or on behalf of such person(s) or organization(s).

   **c. Lessors of Leased Equipment**

   Any person or organization from whom you lease equipment when you have agreed in writing in a contract or agreement that such person or organization is to be included on your policy as an additional insured. Such person or organization is only an insured with respect to liability for "bodily injury",

---

McNeil & Co., 2012
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 117 of 168

"property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

Coverage provided to the person(s) or organization(s) included as an insured in subparagraphs **8.a.**, **8.b.**, and **8.c.** above only applies if the written contract or agreement identified in subparagraphs **8.a.**, **8.b.**, and **8.c.** above is executed prior to the "bodily injury", "property damage", or "personal and advertising injury".

Coverage shall be primary and not contributory with respect to the person(s) or organization(s) included as an insured in subparagraphs **8.a.**, **8.b.**, and **8.c.** above. Any other insurance such person or organization has will be excess and not contributory with this insurance but this provision only applies if it is required in the written contract or agreement identified in subparagraphs **8.a.**, **8.b.**, and **8.c.** above.

9. **Newly Formed or Acquired Organizations**

   Subparagraph **3.a** under **Section II – Who Is An Insured** is deleted and replaced by the following:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

10. **Duties in the Event of Occurrence, Offense, Claim, or Suit**

    The following subparagraph **e.** is added to **2. Duties in the Event of Occurrence, Offense, Claim, or Suit** under **Section IV – Commercial General Liability Conditions**:

    e. Knowledge of any "occurrence", offense, claim, or "suit" will be deemed knowledge by you only when such "occurrence", offense, claim, or "suit" is known to:
       **(1)** You, if you are an individual;
       **(2)** A partner, if you are a partnership;
       **(3)** Any member, manager, or insurance manager, if you are a limited liability company;
       **(4)** An executive officer or insurance manager if you are a corporation; or
       **(5)** An "employee" designated by you to give us notice of such "occurrence", offense, claim, or "suit".

11. **Representations**

    The following subparagraph is added to **6. Representations** under **Section IV – Commercial General Liability Conditions**:

    However, should you unintentionally fail to disclose any existing hazards in your representations to us prior to inception of the policy, or during the policy period with respect to any additional hazards, we will not deny coverage under this coverage part due to such failure.

12. **Waiver of Subrogation**

    Paragraph **8. Transfer of Rights of Recovery Against Others to Us** under **Section IV – Commercial General Liability Conditions** is deleted and replaced by the following:

    8. **Transfer of Rights of Recovery Against Others to Us**

       If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

       This condition does not apply to persons or organizations with which you have a written contract and for which the provisions of paragraph **8.** of this endorsement apply, but only to the extent that subrogation is waived prior to the "occurrence" or offense under such written contract with that person or organization.

13. **Liberalization**

    If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**14. Mental Anguish**

Paragraph **3.** under **Section V - Definitions** is deleted and replaced by the following:

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death or mental anguish resulting from any of these at any time.

**15. Temporary Workers**

Paragraph **5.** under **Section V - Definitions** is deleted and replaced by the following:

**5.** "Employee" includes a "leased worker" and a "temporary worker".

Subparagraphs **2.a.(1)(a), 2.a.(1)(b), 2.a.(1)(c),** and **2.a.(2)** under **Section II – Who Is An Insured** do not apply to "temporary workers".

**16. Broadened Personal Injury**

Paragraph **14.** under **Section V - Definitions** is amended to include the following:

**h.** Discrimination against or humiliation of a person. However, such discrimination or humiliation does not include:
  **(1)** Intentional discrimination or humiliation of any kind by, or at the direction of, any insured;
  **(2)** Discrimination against or humiliation of an "employee", including past or prospective "employees"; and
  **(3)** Discrimination or humiliation arising out of any "advertisement" of the insured.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 118 of 168

POLICY NUMBER: MCPK08184103

**COMMERCIAL GENERAL LIABILITY**
CG 03 00 01 96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $1,000 |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 119 of 168

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

   **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

      **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

      **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

      **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

         **(1)** "Bodily injury";

         **(2)** "Property damage"; or

         **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

CG 03 00 01 96          Copyright, Insurance Services Office, Inc., 1994          Page 1 of 2

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 120 of 168

Copyright, Insurance Services Office, Inc., 1994        CG 03 00 01 96

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 121 of 168

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 122 of 168

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

c. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

a. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

**THE ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**
**ASBESTOS EXCLUSION**

This policy does not apply to:

Any claim, "suit," demand or loss that alleges "bodily injury," "property damage," or "personal and advertising injury'" (including but not limited to, compliance with any request, demand, order, or statutory or regulatory requirement or any other action authorized or required by law) including any costs, fees, expenses, penalties, judgments, fines, or sanctions arising there from, which arises out of, or would not have occurred, in whole or in part, but for the "asbestos hazard."

As used in this exclusion, "asbestos hazard" means:

(1)     actual, alleged or threatened exposure to asbestos in any manner or form whatsoever, either directly or indirectly, or

(2)     the failure to warn, advise or instruct related to asbestos in any manner or form whatsoever, or

(3)     the failure to prevent exposure to asbestos in any manner or form whatsoever, or

(4)     the presence of asbestos in any place whatsoever, whether or not within a building or structure.

All other terms and conditions of this Policy remain unchanged.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 123 of 168

Endorsement Number:
This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)
Policy Number: MCPK08184103
Named Insured: Uptown Service Station, Inc.
Endorsement Effective Date: 02/21/2016

00 GL0045 00 12 03                                                                                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 24 02 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BINDING ARBITRATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 124 of 168

If we and the insured do not agree whether coverage is provided under this Coverage Part for a claim made against the insured, then either party may make a written demand for arbitration.

When this demand is made, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county or parish in which the address shown in the Declarations is located. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

CG 24 02 12 04                    © ISO Properties, Inc., 2003                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 125 of 168

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

POLICY NUMBER: MCUM08236903

COMMERCIAL EXCESS LIABILITY
CX DS 01 09 08

# COMMERCIAL EXCESS LIABILITY DECLARATIONS

| | |
|---|---|
| **Company Name:** | Arch Insurance Company |
| **Producer Name:** | McNeil & Company, Inc. |
| **Named Insured(s):** | Uptown Service Station, Inc. |
| **Mailing Address:** | 4900 North Broadway<br>Chicago, IL 60640 |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 126 of 168

| Policy Period | |
|---|---|
| **From:** 02/21/2016 | |
| **To:** 02/21/2017 | At 12:01 AM (Standard Time at your mailing address shown above) |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE YOU WITH THE INSURANCE AS STATED IN THIS POLICY.**

| Excess Policy – Limits Of Insurance | |
|---|---|
| Each Occurrence Limit | $ 1,000,000 |
| Aggregate Limit | $ 1,000,000 |
| Other: | $ |

| Excess Policy – Premium | |
|---|---|
| Premium (including premium subject to audit) | $ |
| Premium Shown Is Payable: | |
| At Inception | $        752 |
| At Each Anniversary (If policy period is more than one year and premium is paid in annual installments.) | $ |

| Audit Period (If Applicable) | ☐ Annually | ☐ Semiannually | ☐ Quarterly | ☐ Monthly |
|---|---|---|---|---|

Commercial Umbrella     TRIA      $38.00

CX DS 01 09 08                      © ISO Properties, Inc., 2007                      Page 1 of 3

| Endorsements Attached To The Excess Policy |
|---|
| REFER TO GU 207 |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 127 of 168

| Schedule Of Controlling Underlying Insurance | |
|---|---|
| **Commercial Auto Liability** | **Company:** Arch Insurance Company |
| | **Policy Number:** MCPK08184103 |
| | **Policy Period:** 02/21/2016 TO 02/21/2017 |
| | **Limits Of Insurance:** |
| | Garage Aggregate Limit For Other Than Autos (if applicable) $ |
| | Each Accident $ 1,000,000 |
| **Employer's Liability** | **Company:** Not Covered |
| | **Policy Number:** |
| | **Policy Period:** |
| | **Limits Of Insurance:** |
| | Bodily Injury By Accident Each Accident $ |
| | Bodily Injury By Disease Policy Limit $ |
| | Bodily Injury By Disease Each Employee $ |
| **General Liability** | **Type Of Coverage:** [X] Occurrence [ ] Claims-made |
| | **Company:** Arch Insurance Company |
| | **Policy Number:** MCPK08184103 |
| | **Policy Period:** 02/21/2016 TO 02/21/2017 |
| | **Limits Of Insurance:** |
| | Each Occurrence $ 1,000,000 |
| | Personal And Advertising Injury $ 1,000,000 Any one person or organization |
| | Products-completed Operations Aggregate $ 3,000,000 |
| | General Aggregate $ 3,000,000 |

Page 2 of 3 © ISO Properties, Inc., 2007 CX DS 01 09 08

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 128 of 168

| Other Coverages | Type Of Coverage: ☐ Occurrence ☐ Claims-made |
| --- | --- |
| | Company: |
| | Policy Number: |
| | Policy Period: |
| | Limits Of Insurance:<br><br>$<br>$ |

| Other Coverages | Type Of Coverage: ☐ Occurrence ☐ Claims-made |
| --- | --- |
| | Company: |
| | Policy Number: |
| | Policy Period: |
| | Limits Of Insurance:<br><br>$<br>$ |

| Other Coverages | Type Of Coverage: ☐ Occurrence ☐ Claims-made |
| --- | --- |
| | Company: |
| | Policy Number: |
| | Policy Period: |
| | Limits Of Insurance:<br><br>$<br>$ |

| Other Coverages | Type Of Coverage: ☐ Occurrence ☐ Claims-made |
| --- | --- |
| | Company: |
| | Policy Number: |
| | Policy Period: |
| | Limits Of Insurance:<br><br>$<br>$ |

CX DS 01 09 08                      © ISO Properties, Inc., 2007                      Page 3 of 3

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 129 of 168

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

---

IL 00 21 09 08        © ISO Properties, Inc., 2007        Page 1 of 2

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

 **(a)** Any "nuclear reactor";

 **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

 **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

 **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 130 of 168

© ISO Properties, Inc., 2007    IL 00 21 09 08

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 131 of 168

A. The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

B. Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

C. With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

IL 01 47 09 11 © Insurance Services Office, Inc., 2011 Page 1 of 1

IL 01 62 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 132 of 168

A. The provisions of Paragraph B. are added to all Insuring Agreements that set forth a duty to defend under:

1. Section I of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section II under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section III under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section A. Coverage under the Legal Liability Coverage Form; and

5. Coverage C – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph B. also applies to any other provision in the policy that sets forth a duty to defend.

B. If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

IL 01 62 10 13 © Insurance Services Office, Inc., 2013 Page 1 of 1

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 133 of 168

POLICY NUMBER: MCPK08184103

**COMMERCIAL AUTO**
CA DS 03 10 13

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| | |
|---|---|
| **Company Name:**<br>Arch Insurance Company | |
| **Producer Name:**<br>McNeil & Company, Inc. | |
| **Named Insured:**<br>Uptown Service Station, Inc. | |
| **Mailing Address:**<br>4900 North Broadway<br>Chicago, IL 60640 | |

| Policy Period |
|---|
| **From:** 02/21/2016 |
| **To:** 02/21/2017     At 12:01 AM Standard Time at your mailing address shown above |
| **Previous Policy Number:** MCPK08184102 |

**Form Of Business:**

| | | |
|---|---|---|
| [x] Corporation | [ ] Limited Liability Company | [ ] Individual |
| [ ] Partnership | [ ] Other: | |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| |
|---|
| **Premium Shown Is Payable At Inception:** $ Incl. |
| **Audit Period (if applicable):**   [ ] Annually   [ ] Semiannually   [ ] Quarterly   [ ] Monthly |

| Endorsements Attached To This Policy |
|---|
| **IL 00 17** -- Common Policy Conditions (IL 01 46 in Washington) |
| **IL 00 21** -- Broad Form Nuclear Exclusion (not applicable in New York) (IL 01 98 in Washington) |
| SEE ATTACHED GU207 ENDORSEMENT SCHEDULE |
| |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 134 of 168

CA DS 03 10 13          © Insurance Services Office, Inc., 2011          Page 1 of 18

| Countersignature Of Authorized Representative | |
| --- | --- |
| **Name:** | Daniel F. McNeil III |
| **Title:** | President, McNeil & Company, Inc. |
| **Signature:** | |
| **Date:** | 02/18/2016 |

**Note**

Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 135 of 168

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 8,9 | $ 1,000,000 | $ Incl |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus<br>$                Deductible | $ |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus<br>$                Deductible<br>For Each Accident | $ |
| Auto Medical Payments | | $                Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | $ |
| Uninsured Motorists | | $ | $ |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | | $ | $ |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 136 of 168

CA DS 03 10 13        © Insurance Services Office, Inc., 2011        Page 3 of 18

**ITEM TWO**

**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Physical Damage Comprehensive Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$      **Deductible**<br>For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Specified Causes Of Loss Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$      **Deductible**<br>For Each Covered Auto For Loss Caused By Mischief Or Vandalism<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Collision Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$      **Deductible**<br>For Each Covered Auto<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Towing And Labor | | $      For Each Disablement Of A Private Passenger Auto | $ |
| | | | $ |
| | | **Premium For Endorsements** | $ Incl. |
| | | **Estimated Total Premium*** | $ Incl. |
| *This policy may be subject to final audit. | | | |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 137 of 168

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: SEE ATTACHED CADS03 SUPP | | | | | | |
|---|---|---|---|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | | | | | |
| **Covered Auto Description** | | | | | | |
| Year: | Model: | | | Trade Name: | | |
| Body Type: | | | | Serial Number(s): | | |
| Vehicle Identification Number (VIN): | | | | | | |
| **Classification** | | | | | | |
| **Original Cost New** | **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| $ | | | | | | |
| **Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:** | | | | | | |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 138 of 168

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)    SEE ATTACHED CADS03 SUPP**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus**<br>$                                  **Deductible** | $ |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus**<br>$                                  **Deductible** | $ |
| **Auto Medical Payments** | $<br>                                  **Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | $ |
| **Comprehensive** | **Stated In Item Two Minus**<br>$                                  **Deductible** | $ |
| **Specified Causes Of Loss** | **Stated In Item Two Minus**<br>$                                  **Deductible** | $ |
| **Collision** | **Stated In Item Two Minus**<br>$                                  **Deductible** | $ |
| **Towing And Labor** | $                                  **Per Disablement** | $ |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 139 of 168

© Insurance Services Office, Inc., 2011                **CA DS 03 10 13**

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**   SEE ATTACHED CADS03 SUPP

| Covered Auto Number: | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | | | | | | |
| **Covered Auto Description** | | | | | | | |
| **Year:** | **Model:** | | | | **Trade Name:** | | |
| **Body Type:** | | | | | **Serial Number(s):** | | |
| **Vehicle Identification Number (VIN):** | | | | | | | |
| **Classification** | | | | | | | |
| **Original Cost New** | **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | | **Secondary Rating Classification** | **Code** |
| $ | | | | | | | |
| **Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:** | | | | | | | |

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 140 of 168

CA DS 03 10 13                    © Insurance Services Office, Inc., 2011                    **Page 7 of 18**

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)** SEE ATTACHED CADS03 SUPP

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 141 of 168

| Coverages – Premiums, Limits And Deductibles<br>(Absence of a deductible or limit entry in any column below means that the limit or deductible entry<br>in the corresponding Item Two column applies instead.) | | |
|---|---|---|
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus**<br>$               **Deductible** | $ |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus**<br>$             **Deductible** | $ |
| **Auto Medical Payments** | $              **Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | $ |
| **Comprehensive** | **Stated In Item Two Minus**<br>$              **Deductible** | $ |
| **Specified Causes Of Loss** | **Stated In Item Two Minus**<br>$              **Deductible** | $ |
| **Collision** | **Stated In Item Two Minus**<br>$              **Deductible** | $ |
| **Towing And Labor** | $             **Per Disablement** | $ |

        © Insurance Services Office, Inc., 2011         CA DS 03 10 13

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**   SEE ATTACHED CADS03 SUPP

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 142 of 168

| Covered Auto Number: | | | | | | |
|---|---|---|---|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | | | | | |
| **Covered Auto Description** | | | | | | |
| Year: | Model: | | | Trade Name: | | |
| Body Type: | | | | Serial Number(s): | | |
| Vehicle Identification Number (VIN): | | | | | | |
| **Classification** | | | | | | |
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| $ | | | | | | |
| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: | | | | | | |

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**  SEE ATTACHED CADS03 SUPP

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 143 of 168

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus** <br> $                              **Deductible** | $ |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus** <br> $                              **Deductible** | $ |
| **Auto Medical Payments** | $                              **Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | $ |
| **Comprehensive** | **Stated In Item Two Minus** <br> $                              **Deductible** | $ |
| **Specified Causes Of Loss** | **Stated In Item Two Minus** <br> $                              **Deductible** | $ |
| **Collision** | **Stated In Item Two Minus** <br> $                              **Deductible** | $ |
| **Towing And Labor** | $                              **Per Disablement** | $ |

| Total Premiums | |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

© Insurance Services Office, Inc., 2011                    CA DS 03 10 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 144 of 168

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| **Covered Autos Liability Coverage** | **Estimated Annual Cost Of Hire For All States** | **Premium** |
| **Primary Coverage** | $ | $ |
| **Excess Coverage** | $ | $ |
| Total Hired Auto Premium | $ | |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,
2. The total remunerations of all operators and drivers' helpers, of hired automobiles, whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and
3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | IL | $ If any | $ Incl. |
| **Excess Coverage** | | $ | $ |
| Total Hired Auto Premium | | | $ Incl. |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 145 of 168

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $      Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ 0 | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $      Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $      Deductible For Each Covered Auto | $ 0 | $ |
| | | | Total Hired Auto Premium | $ |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

© Insurance Services Office, Inc., 2011 CA DS 03 10 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 146 of 168

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | $ | $ | $ | $ |
| Covered Autos Liability – Excess Coverage | | $ | $ | $ | $ |
| Personal Injury Protection | | $ | $ | $ | $ |
| Medical Expense Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Income Loss Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Auto Medical Payments | | $ | $ | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

CA DS 03 10 13 © Insurance Services Office, Inc., 2011 Page 13 of 18

**ITEM FOUR**

Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 147 of 168

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ | $ | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto | $ | $ | $ | $ |
| | | Total Hired Auto Premiums | $ | | $ | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

© Insurance Services Office, Inc., 2011     CA DS 03 10 13

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 148 of 168

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 149 of 168

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. "Loss"; or
   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

         This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011    CA 00 01 10 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 150 of 168

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **Coverage Extensions**

a. **Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

b. **Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

3. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph a. above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 151 of 168

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 152 of 168

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

   (1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

   (2) Otherwise in the course of transit by or on behalf of the "insured"; or

   (3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

   (1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   (2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   (a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   (b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 153 of 168

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

    **a. Nuclear Hazard**

    (1) The explosion of any weapon employing atomic fission or fusion; or

    (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

    **b. War Or Military Action**

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

    **a.** Wear and tear, freezing, mechanical or electrical breakdown.

    **b.** Blowouts, punctures or other road damage to tires.

    This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

    **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

    **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

    **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

    **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

    **a.** Permanently installed in or upon the covered "auto";

    **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

    **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

    **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

1. The most we will pay for:

    **a.** "Loss" to any one covered "auto" is the lesser of:

    (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

    (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

    **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

    (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 154 of 168

CA 00 01 10 13          © Insurance Services Office, Inc., 2011          Page 7 of 12

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 155 of 168

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 156 of 168

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 © Insurance Services Office, Inc., 2011

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 157 of 168

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

1. A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 158 of 168

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

 © Insurance Services Office, Inc., 2011

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 159 of 168

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a. Power cranes, shovels, loaders, diggers or drills; or

    b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    a. Equipment designed primarily for:

        (1) Snow removal;

        (2) Road maintenance, but not construction or resurfacing; or

        (3) Street cleaning;

    b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    1. Damages because of "bodily injury" or "property damage"; or

    2. A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

COMMERCIAL AUTO
CA 01 20 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

For a covered "auto" licensed or principally garaged in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 160 of 168

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **1.b.(3)** of the **Who Is An Insured** provision does not apply.

2. The **Limit Of Insurance** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident";

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **3.** of the **Limits Of Insurance** provision is replaced by the following:

3. We may deduct for betterment if:

   a. The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   b. The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by the addition of the following:

Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

1. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

2. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.** while your "auto" is being repaired or evaluated; and

3. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident";

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $50,000 for "property damage" caused by any one "accident".

COMMERCIAL AUTO
CA 02 70 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 161 of 168

A. The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing us advance written notice of cancellation.

2. When this policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

   a. Nonpayment of premium.

   b. The policy was obtained through a material misrepresentation.

   c. Any "insured" has violated any of the terms and conditions of the policy.

   d. The risk originally accepted has measurably increased.

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the Illinois insurance laws.

3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

4. If this policy is cancelled for other than nonpayment of premium and the policy is in effect:

   a. 60 days or less, we will mail you at least 30 days' written notice.

   b. 61 days or more, we will mail you at least 60 days' written notice.

5. If this policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. The effective date of cancellation stated in the notice shall become the end of the policy period.

7. Our notice of cancellation will state the reason for cancellation.

8. A copy of the notice will also be sent to your agent or broker and the loss payee.

B. The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this policy, we will mail you, your agent or broker and the loss payee written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

C. **Mailing Of Notices**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CA 02 70 10 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

**ARCH INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COVERAGE EXTENSIONS

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**

**Changes In Section II – Liability Coverage**

1. **Newly Acquired or Formed Organizations**

   The following is added to paragraph **1. Who Is Insured** under **A. Coverage**:

   a. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:
      (1) Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and
      (2) Coverage does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization.

   No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

2. **Additional Insured**

   The following is added to paragraph **1. Who Is Insured** under **A. Coverage**:

   a. **Persons or Organizations – As Required By Contract**

   Any person or organization when you have agreed in writing in a contract or agreement that such person or organization is to be included on your policy as an additional insured. Such person or organization is only an "insured" with respect to liability for "bodily injury" or "property damage" arising out of your ownership, maintenance or use of a covered "auto", and only if the written contract or agreement was executed prior to "accident" which caused the "bodily injury" or "property damage".

   Coverage shall be primary and not contributory with respect to the person(s) or organization(s) included as an "insured" above. Any other insurance such person or organization has will be excess and not contributory with this insurance but this provision only applies if it is required in the written contract or agreement.

3. **Bail Bonds**

   Subparagraph a.(2) under **2. Coverage Extensions** is amended to read as follows:

   (2) Up to $3,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

4. **Your Expenses**

   Subparagraph a.(4) under **2. Coverage Extensions** is amended to read as follows:

   (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $1,000 a day because of time off from work.

5. **Worker's Injuries**

   Subparagraphs **4. Employee Indemnification and Employer's Liability** and **5. Fellow Employee** under **B. Exclusions** do not apply to "temporary workers" or "volunteer workers":

6. **Damage to Non-Owned Buildings**

   Subparagraph **6. Care, Custody Or Control** under **B. Exclusions** does not apply to buildings or structures that you rent, lease, or occupy but do not own. The most we will pay for damage to such buildings or structures is $50,000.

<div style="writing-mode: vertical">ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 162 of 168</div>

d. **Personal Property of Others**

In the event of "loss" to a covered "auto" not owned by you under Comprehensive Coverage or under Collision Coverage, we will pay up to $5,000 for "loss" to personal property of others while such property is in or on the covered "auto". We will also pay for "loss" to such personal property if it is removed from the covered "auto" and placed in your building for safekeeping.

If the covered "auto" is being stored outside your building, we will only pay for "loss" due to theft from inside the covered "auto" if the covered "auto" is locked and there is physical evidence of forced entry.

A $250 deductible applies to this Coverage Extension.

e. **Rental Reimbursement**

In the event of "loss" to a covered "auto" under Comprehensive Coverage or under Collision Coverage, we will pay up to $2,000 for the cost to rent a substitute "auto". We will not pay more than the amount of actual and necessary rental expenses that you incur. This Coverage Extension does not apply if there is a spare, reserve or surplus "auto" available for your use which is a suitable substitute for the lost or damaged "auto". We will only pay rental expenses for the number of days reasonably required to repair or replace the lost or damaged "auto" or 30 days, whichever is less. However, if the "loss" results from the total theft of the covered "auto" we will pay rental expenses until the covered "auto" is returned to use or we pay for its "loss".

No deductible applies to this Coverage Extension.

f. **Airbags**

Exclusion 3. in **B. Exclusions** does not apply to the accidental discharge of an airbag. Coverage under this Coverage Extension is excess over any other valid and collectible insurance or warranty.

g. **Custom Graphics**

In the event of "loss" to a covered "auto" under Comprehensive Coverage or under Collision Coverage, we will pay to restore custom graphics, signs or lettering on a covered "auto". We will pay for the cost to repair or replace such property with new property of like kind and quality without deduction for depreciation.

No deductible applies to this Coverage Extension.

h. **Additional Electronic Equipment**

Exclusion 4. in **B. Exclusions** does not apply to video or global positioning systems designed to be operated solely by the use of power from the covered "auto's" electrical system and permanently installed in or upon the covered "auto".

## Changes In Section IV – Conditions

1. **Duties in the Event of Accident, Claim, Suit or Loss**

The following subparagraph d. is added to **2. Duties in the Event of Accident, Claim, Suit or Loss** under **A. Loss Conditions:**

d. Your duty to give us or our authorized representative prompt notice of an "accident", claim, "suit" or "loss" will only apply when such "accident", claim, "suit" or "loss" is known to:
(1) You, if you are an individual;
(2) Any partner, if you are a partnership;
(3) Any member, if you are a limited liability company; or
(4) An executive officer or insurance manager if you are a corporation; or
(5) An "employee" designated by you to give us notice of such "accident", claim, "suit" or "loss".

2. **Waiver of Subrogation**

Paragraph **5. Transfer of Rights of Recovery Against Others to Us** under **A. Loss Conditions** is deleted and replaced by the following:

5. **Transfer of Rights of Recovery Against Others to Us**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 163 of 168

COMMERCIAL AUTO
CA 99 33 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEES AS INSUREDS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Section II – Covered Autos Liability Coverage,** Paragraph **A.1. Who Is An Insured** provision:

> Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 164 of 168

CA 99 33 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

COMMERCIAL AUTO
CA 20 54 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and Paragraph **5.f.** of the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 165 of 168

**ITEM SIX**
**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 166 of 168

MK

© Insurance Services Office, Inc., 2011          CA DS 03 10 13

**ITEM FOUR**

Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 167 of 168

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| Coverage | Town And State Where The Job Site Is Located | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | $ | $ |
| Covered Autos Liability – Excess Coverage | | | | $ | $ |
| Personal Injury Protection | | | | $ | $ |
| Medical Expense Benefits (Virginia Only) | | | | $ | $ |
| Income Loss Benefits (Virginia Only) | | | | $ | $ |
| Auto Medical Payments | | | | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |

**ITEM FIVE**

**Schedule For Non-ownership Covered Autos Liability**

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 168 of 168

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | 6 | $ Incl. |
| | Number Of Partners (Active And Inactive) | | $ |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Social Service Agencies | Number Of Employees | | $ |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Total Non-ownership Covered Autos Liability Premium | | | $ Incl. |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis**

| Address Of Business Headquarters Location: | |
|---|---|
| Type Of Risk (Check one): ☐ Public Autos | ☐ Leasing Or Rental Concerns |
| Rating Basis (Check one): ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |
| Estimated Yearly (Gross Receipts Or Mileage): | |
| Premiums | |
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

© Insurance Services Office, Inc., 2011 CA DS 03 10 13

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
CALENDAR: U
PAGE 1 of 11
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN



**McNeil&Co.**®

20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-5780

June 9, 2016

**VIA CERTIFIED MAIL AND
REGULAR U.S. MAIL**

Ben Tedesco
BEN TEDESCO, INC.
6315 N. Milwaukee Avenue
Chicago, IL 60646

Re:     *Uptown Service Station, Inc. 03/27/2016 Claim*
      Insureds:          Uptown Service Station, Inc.
      Issuing Company:   Arch Insurance Company
      Date of Loss:     03/27/2016
      Loss Location:    4900 North Broadway, Chicago, IL 60640
      Policy No.:       MCPK08184103
      Policy Period:    02/21/2016 – 02/21/2017
      Claim No.:      13425119

Dear Mr. Tedesco:

We write in furtherance of the communications that have occurred to date regarding the above-captioned claim submitted by Uptown Service Station, Inc. ("Uptown") arising out of a partial roof collapse which occurred on March 27, 2016 at a carwash located at 4900 North Broadway, Chicago, Illinois and to provide you with our current coverage position based upon our investigation to date. Herein, we identify certain policy provisions that apply to the claim from Policy No. MCPK08184103 issued to Uptown for the Policy Period 02/21/2016 – 02/21/2017.

As you are aware, we along with independent adjusting firm NCA Group have been representing Arch Insurance Company ("Arch") on the investigation of your claim. We have also retained Rimkus Consulting Group, Inc. ("Rimkus") as forensic engineering consultant to assist in the determination of the cause and origin of the loss and also assist with the damage evaluation. You retained Highland Engineering, P.C. ("Highland") to investigate the loss. Both consultants concluded that the partial roof collapse at the south end of the Uptown Service Station was a result of long-term corrosion/deterioration of the steel angle and its welds connecting it to the steel "I" beam.

By way of summary, there is an open question as to whether the corrosion which caused the loss was "hidden from view," and if hidden from view, whether "the presence of such decay [was] known to an insured prior to collapse." However, Arch is willing to accept limited coverage for the resulting partial roof collapse damages under the Policy's



**McNeil&Co.®**

20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 2

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 2 of 11

Additional Coverage for Collapse provided the Insured is willing to sign an Affidavit stating that no Insured had observed or in any way was aware of the corroded and decayed condition of the roof structural steel support elements prior to the partial collapse. We enclose the proposed Affidavit as an attachment to this letter. As further explained below, no coverage exists for excluded rust, corrosion, decay, deterioration, wear and tear or faulty maintenance or other areas outside of the partial collapse area.

## I.    FACTS

The insured location is a single story commercial building utilized as a gas station with an attached repair facility on the rear of structure. There is also a one lane automated car wash in the front of structure. Jamie, the location manager, advised that on 3/27/2016 at or about 9:32 a.m., a car had just completed a wash cycle and he noticed rusty particles falling from the right side of the car wash lane. According to Jamie, in an instant the ceiling fell in on the building by the entrance door.

On March 30, 2016, Arch representatives met Jamie and performed an inspection of the carwash and repair facility, including taking photographs, measurements and documenting the damages. The inspection of the building revealed that an area of precast roof (approximately 16 x 20 feet) had collapsed and damaged the structure, membrane roofing and car wash equipment below the roof. Damage was also observed to certain plumbing, electrical and carwash equipment located in the area of the partial collapse. An interior dividing wall that separates the car wash lane from soap dispensing equipment also had been damaged by falling debris, including an HVAC ceiling mounted furnace. A large area of rubber membrane roofing had sagged where the precast roof panels had collapsed, tearing some of the roofing seams apart. The connecting repair facility had what appeared to be structure damage to the connecting block wall between the carwash facility and the repair facility.

Following the scheduling of a joint inspection with the involved parties' consultants, on April 29, 2016, Michael Faron, P.E, S.E. with Rimkus Consulting Group inspected the building and advised that, after observing the condition of the support steel angle and weld ledgers along the east wall, the precast roofing planks should be shored as soon as possible to protect against another sudden support failure. We conveyed to you that emergency temporary shoring should be done as soon as possible to prevent further failure, and that it is your duty to mitigate further damages regardless of coverage decisions.

**EXHIBIT**
**2**



**McNeil&Co.®**

20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 3

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 3 of 11

### A. RIMKUS REPORT

Rimkus Consulting Group, Inc.'s ("Rimkus") provided a May 13, 2016 Report of Findings ("Rimkus Report") which provides, in part:

#### Analysis

Based on the observations, the following analysis, and the research involved, Rimkus concluded the following: Corrosion of the structural steel support elements was observed throughout the interior of the car wash portion of the building. In particular, the corrosion of the steel angle and "I" beam along the east elevation of the car wash which indicated long-term elevated moisture levels in the building. This type of corrosion was to be expected as water and chemicals are consistently used in the car wash. We did not observe any external corrosion protection of the steel elements in the form of paints or coverings. This would be expected for the purpose the building was being used for.

Steel expands as it corrodes. The expansion of the corroded steel angle and "I" beam caused the steel angle and welds connecting it to the "I" beam to weaken. The expansion of the steel angle created additional stresses in the welds connecting the angles to the "I" beams. The weight of the precast concrete roof panels eventually became greater than the capacity of the compromised welds between the steel angle and "I" beam could resist. It was at this point that the precast concrete roof panels catastrophically collapsed.

The partial roof collapse at the south end of the Uptown Service Station was a result of long-term corrosion of the steel angle and its welds connecting it to the steel "I" beam. The corrosion was the result of inadequately protected steel support elements and long-term exposure in a corrosive environment.

The steel angles supporting the still in place precast concrete roof panels to the north of the collapsed roofing panels were corroded and expanded. This was an indication that the strength of the steel angles and associated welds to the steel "I" beam were compromised similar to the steel angles that failed at the south end of the building.



**McNeil&Co.**®

20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 4

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 4 of 11

> The compromised condition of the steel angles and welds along the east elevation to the north of the collapsed south roof were such that another sudden collapse could occur. A hazardous condition was issued by Rimkus Consulting Group on May 2, 2016, noting the condition of the structure and recommending immediate shoring of the precast concrete roof panels. If the shoring has yet to be installed, it should be done so immediately.

(Rimkus Report, pp. 5-6.) The Rimkus Report concluded that:

1. The partial roof collapse at the south end of the Uptown Service Station was a result of long-term corrosion of the steel angle and its welds connecting it to the steel "I" beam.

2. The corrosion was the result of inadequately protected steel support elements and long-term exposure in a corrosive environment.

3. The compromised condition of the steel angles and welds along the east elevation to the north of the collapsed south roof were such that another sudden collapse could occur. A hazardous condition was issued by Rimkus Consulting Group on May 2, 2016, noting the condition of the structure and recommending immediate shoring of the precast concrete roof panels. If the shoring has yet to be installed, it should be done so immediately.

(Rimkus Report, p. 2.)

## B. HIGHLAND ENGINEERING, P.C. REPORT

Uptown is being represented by Ben Tedesco, Inc. Public Adjusters. Highland Engineering, P.C. ("Highland") was retained to perform a cause and origin investigation on behalf of Uptown. Highland's May 5, 2016 Report states, in part:

> The steel beams and angle were corroded. The steel beam above the angle was pitted in some locations indicating moisture in the cavity above the angle. However, there was no direct visual evidence the welded connection between the angle and steel beam was going to fail. The angle was welded to the beam on the top side of the angle. This weld was covered by the precast planks supported by the angle.



20 Church Street    t 800-822-3747
P.O. Box 5670      d 607-756-4970
Cortland, NY 13045

Ben Tedesco
June 9, 2016
Page 5

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 5 of 11

The bottom leg of the angle was also welded to the beam. The bottom of the angle was approximately 2 [inches] above the bottom of the beam. The width of the beam flange from the web to the edge of the flange is approximately 3 [inches]. The bottom elevation of the beam varies and was measured at approximately 10 [feet]-8 [inches] adjacent to the gas station cashier room. The line of sight distance is approximately 7 [feet]-4 ½ [inches] based on eyes at 6 [feet] above floor. The condition of the bottom welds would be difficult to observe at this distance, even with eyes trained to inspect welds.

Observation of the lower welds are complicated by additional factors. First is the knowledge of the individuals attending the car wash. If the individuals attending the car wash do not have knowledge of structural connections and/or welds, they would not be able to properly identify the corroded condition as a risk. Another factor is the lighting conditions in the car wash bay. The car wash had two light fixtures in the area of the collapsed roof. The fixtures were near the center of the wash bay, which is approximately 10 feet away from the wall. The exterior wall is a window system, which allows a substantial amount of light into the car wash. Based on my site visit, which was on a cloudy day with the windows soaped, the amount of light from the windows made it very difficult to see the steel beam, steel angle and ends of the precast concrete planks without the aid of a flashlight.

The car wash obviously produces a high volume of water in the wash bay. The high moisture content in the wash bay more likely than not contributed to condensation in the cavity at the ends of the precast planks. The ends of the planks were filled with grout. However, there is a cavity created by the web of the steel beam, the steel angle and the precast planks. Temperature differences would more likely than not cause condensation to form within this cavity. The pitted web is evidence of this condition. The trapped condensation more likely than not would contribute to the deterioration of the weld at the top of the angle contributing to the connection failure. This corrosion is not visible from within the car wash bay.



**McNeil&Co.®**

20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 6

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 6 of 11

The interior face of the outside wall did not reveal evidence of steel corrosion. The interior walls did not have corrosion stains or streaks from the corroding steel above. The lack of corrosion streaks or stains did not reflect the condition of the welded connection above.

(Highland Report, p. 2.) The Highland Report concludes:

Upon a visual inspection and evaluation, it is my opinion the cause of the partial roof collapse is the deterioration of welds connecting the steel angle to the web of the steel beam. It is my opinion the deterioration was caused by the elevated moisture levels in the car wash and trapped condensation in the cavity between the steel beam, steel angle and precast planks. Furthermore, it is my opinion the welded connection is a hidden condition based on a required knowledge of structural connections by the car wash staff; lighting conditions within the car wash bay hindering visual observation of connection; and construction detailing which prevented observation of the weld on the top side of the angle and minimized the line of site to visually observe the welds at the bottom of the angle.

(Highland Report, p. 3.)

## II.     COVERAGE POSITION

Based upon the facts developed to date, the cause of the partial collapse was the failure of the unprotected steel support elements which resulted from the long-term exposure to a corrosive environment. This exposure caused the steel members to rust and deteriorate and no longer be able to maintain the weight of the precast roof panels.

The Policy excludes collapse as follows:

2.   We will not pay for loss or damage caused by or resulting from any of the following:

\*   \*   \*

k.   Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;



**McNeil&Co.**®

20 Church Street
P.O. Box 5670
Cortland, NY 13045

℡ 800-822-3747
📠 607-756-4970

Ben Tedesco
June 9, 2016
Page 7

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 7 of 11

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

*This exclusion, k., does not apply:*

*(a) To the extent that coverage is provided under the Additional Coverage, Collapse; or*

**(b)** To collapse caused by one or more of the following:

    **(i)** The "specified causes of loss";

    **(ii)** Breakage of building glass;

    **(iii)** Weight of rain that collects on a roof; or

    **(iv)** Weight of people or personal property.

(Policy CP 10 30 10 12, p. 4 of 10, emphasis added.) The Additional Coverage for Collapse provides:

**D. Additional Coverage — Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result



20 Church Street
P.O. Box 5670
Cortland, NY 13045

☎ 800-822-3747
🖷 607-756-4970

Ben Tedesco
June 9, 2016
Page 8

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 8 of 11

that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. *Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;*

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in 2.a. or 2.b.;

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. *This Additional Coverage – Collapse does not apply to:*



20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 9

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 9 of 11

> *a. A building or any part of a building that is in danger of falling down or caving in;*
>
> *b. A part of a building that is standing, even if it has separated from another part of the building; or*
>
> *c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.*

\* \* \*

> 8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

(Policy CP 10 30 10 12, pp. 7-8 of 10, emphasis added.)

The acknowledgement of coverage for the partial roof collapse is subject to the Insured's execution of the attached Affidavit confirming no prior knowledge of the deficient conditions of the roof supporting steel.

In any event, no coverage is available for excluded rust, corrosion, decay, deterioration, and wear and tear. The Policy excludes wear and tear, rust, corrosion, decay and deterioration as follows:

> 2. We will not pay for loss or damage caused by or resulting from any of the following:

\* \* \*

> d. (1) Wear and tear;
>
>    (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

\* \* \*



20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 10

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 10 of 11

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

\* \* \*

(Policy CP 10 30 10 12, p. 3 of 10.) The Policy defines Specified Causes of Loss as: "fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage." The Policy provides that falling objects does not include loss or damage to: (1) Personal property in the open; or (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object." (Policy CP 10 30 10 12, p. 10 of 10.)

As to the inadequately protected steel support elements, the Policy also excludes faulty maintenance as follows:

    3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

\* \* \*

    c. Faulty, inadequate or defective:

        (1) Planning, zoning, development, surveying, siting;

        (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3) Materials used in repair, construction, renovation or remodeling; or



20 Church Street
P.O. Box 5670
Cortland, NY 13045

t 800-822-3747
d 607-756-4970

Ben Tedesco
June 9, 2016
Page 11

ELECTRONICALLY FILED
12/7/2017 11:08 AM
2017-L-012464
PAGE 11 of 11

**(4)** Maintenance;

of part or all of any property on or off the described premises.

(Policy CP 10 30 10 12, p. 4 of 10.) The term Covered Cause of Loss includes the Additional Coverage for Collapse, and Arch is willing to acknowledge the limited coverage for the roof collapse as set forth above. (Policy CP 10 30 10 12, pp. 7-8 of 10.)

### III.   CONCLUSION

We look forward to working with you and your representatives toward a prompt further investigation, evaluation and resolution of the claim consistent with all terms, conditions and provisions of the Policies.

Neither this letter, nor Arch, McNeil or NCA's actions in investigating the claim are intended to be, nor should they be construed as, a waiver or modification of any of the terms, conditions or provisions of the Policy, a waiver of any of your obligations thereunder, a waiver of any defenses now or hereafter available, nor an admission or denial of liability. All rights remain reserved.

If you have any questions, please contact the undersigned.

Very truly yours,

Tony Edl
Claims Manager
McNeil & Co.

R. Thomas Bielefeldt
Property Claims Supervisor
McNeil & Co.

cc:   Earl Weiss
UPTOWN SERVICE STATION, INC.
4900 North Broadway
Chicago, IL 60640
(*via regular U.S. mail*)

mcneilandcompany.com

11

FROM: AMY TRADER
IL DEPT OF INSURANCE
320 WEST WASHINGTON STREET, 4TH FLOOR
SPRINGFIELD, IL 62767

Reorder Form LCD-811R rev. 05/15

CERTIFIED MAIL

FIRST CLASS MAIL

9214 7969 0099 9790 1618 5804 10

neopost
12/12/2017
US POSTAGE $015.85
ZIP 62767
041L12202801

Arch Insurance Co
Harborside 3
210 Hudson Street, Suite 300
Jersey City, NJ 07311-1107