# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Uptown Service Station, Inc.
                              Plaintiff,

v.                                                Case No.: 1:18−cv−00175
                                                  Honorable John Z. Lee

Arch Insurance Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2018:

MINUTE entry before the Honorable John Z. Lee: After Defendant McNeil & Company moved for Judgment on the Pleadings [9] on Counts III and IV, Plaintiff voluntarily withdrew Counts III and IV. See ECF Nos. 22, 24. The Court therefore strikes Defendant's motion [9] as moot. Defendant McNeil & Company is terminated from the case as no claims remain against it. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.